March 31, 2026

FILED
APR 6 2026
CLERK OF COURT
BY ______ DEP. CLERK

**Mohung Wong, Clerk of Court**
United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix Federal Building
900 Market Street, Suite 400
Philadelphia, PA 19107

**RE: Registration of Discharge Orders and Related Motions**
Original Cases: 3:13-bk-00165-JAF; 3:13-bk-00167-JAF; 3:18-bk-00800-JAF
(U.S. Bankruptcy Court, Middle District of Florida, Jacksonville Division)

Dear Clerk Wong:

I am writing to register three (3) certified copies of final discharge/confirmation orders pursuant to Federal Rule of Bankruptcy Procedure 4004(f), and to file related motions in connection with an adversary proceeding to be commenced in this Court.

Enclosed please find:

**1.** Motion to Register Discharge Orders Pursuant to Fed. R. Bankr. P. 4004(f)

**2.** Certified Copy — Confirmation/Discharge Order, Case No. 3:13-bk-00165-JAF (GEA Seaside)

**3.** Certified Copy — Confirmation/Discharge Order, Case No. 3:13-bk-00167-JAF (Jack Aberman)

**4.** Certified Copy — Confirmation/Discharge Order, Case No. 3:18-bk-00800-JAF (GEA Seaside)

**5.** Motion to Retain Jurisdiction and Preemptive Opposition to Transfer Under 28 U.S.C. § 1412

I hold three certified copies of final Chapter 11 discharge orders from the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division (Hon. Jerry A. Funk):

• Case No. 3:13-bk-00165-JAF (GEA Seaside Investments, Inc.) — Discharged March 27, 2017

• Case No. 3:13-bk-00167-JAF (Jack Aberman, individually) — Discharged March 27, 2017

• Case No. 3:18-bk-00800-JAF (GEA Seaside Investments, Inc.) — Discharged March 27, 2023

I wish to register these orders in this District because my largest creditor, PHH Mortgage Corporation d/b/a NewRez LLC, is headquartered at 1100 Virginia Drive, Fort Washington, Montgomery County, Pennsylvania — within this District. A related civil action is already pending here: Aberman v. NewRez LLC et al., Case No. 2:26-cv-00918-JDW (E.D. Pa.).

**What I Am Requesting**

I respectfully request guidance on three questions:

1. How should I submit the three certified copies for registration under Rule 4004(f)?
2. Is there a filing fee associated with this registration?
3. Once the orders are registered, what is the proper procedure for a pro se litigant located out of state to file an adversary complaint to enforce the registered discharge orders?

**Attorney Outreach**

I have contacted approximately 3,900 attorneys across Pennsylvania, New Jersey, Delaware, New York, Connecticut, Ohio, and Florida over the past eight years. Approximately 700 of those contacts were made in 2026 alone. The responses have been consistent: voicemails never returned, attorneys who do not handle Chapter 11 litigation, firms that do not take RICO cases, and attorneys who simply hang up. Not one has agreed to represent me. A documented attorney contact list is available upon request.

I understand that this Court discourages unsolicited correspondence to Chambers, and I again apologize for the necessity of this letter. I have exhausted every other avenue available to me from 1,000 miles away. My properties in Florida are actively being sold through void foreclosure proceedings while I seek this Court's assistance.

I am grateful for any guidance the Court or the Clerk's Office can provide.

Respectfully,

Jack Aberman

**/s/ Jack Aberman**

JACK ABERMAN, Pro Se

428 N. Peninsula Drive
Daytona Beach, FL 32118
Phone: (407) 604-1457
Email: flrealestatemgt@gmail.com

DATED: April 1, 2026

April 1, 2026

**Mohung Wong, Clerk of Court**
United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix Federal Building
900 Market Street, Suite 400
Philadelphia, PA 19107

FILED
APR 6 2026
CLERK OF COURT
BY ____________ DEP. CLERK

**RE: Registration of Discharge Orders, Adversary Complaint, and Related Motions**
Original Cases: 3:13-bk-00165-JAF; 3:13-bk-00167-JAF; 3:18-bk-00800-JAF
(U.S. Bankruptcy Court, Middle District of Florida, Jacksonville Division)

Dear Clerk Wong:

I am writing to register three certified copies of final Chapter 11 discharge orders pursuant to Federal Rule of Bankruptcy Procedure 4004(f), to file a verified adversary complaint to enforce those discharge orders, and to file related motions in connection with the adversary proceeding.

**Enclosed please find:**

**1.** Motion to Register Discharge Orders Pursuant to Fed. R. Bankr. P. 4004(f)

**2.** Certified Copy — Discharge Order, Case No. 3:13-bk-00165-JAF (GEA Seaside Investments, Inc.)

**3.** Certified Copy — Discharge Order, Case No. 3:13-bk-00167-JAF (Jack Aberman, individually)

**4.** Certified Copy — Discharge Order, Case No. 3:18-bk-00800-JAF (GEA Seaside Investments, Inc.)

**5.** Verified Adversary Complaint to Enforce Discharge Injunction and for Damages

**6.** Motion to Retain Jurisdiction and Preemptive Opposition to Transfer Under 28 U.S.C. § 1412

**7.** Motion for Leave to Proceed Pro Se as Individual Debtor and Declaration of Individual Standing

**8.** Motion for Leave to File Electronically and for Remote Appearance by Video/Telephone

**About This Filing**

The largest creditor, PHH Mortgage Corporation d/b/a NewRez LLC d/b/a Shellpoint Mortgage Servicing, is headquartered at 1100 Virginia Drive, Suite 125, Fort Washington, Montgomery County, Pennsylvania 19034. Twenty-one creditor entities in total are located within this District. A related civil action is pending in the U.S. District Court for this District: Aberman v. NewRez LLC et al., Case No. 2:26-cv-00918-JDW.

**About the Pro Se Litigant**

I am filing pro se from Daytona Beach, Florida, approximately 1,000 miles from this Court. I grew up in southern New Jersey and started with nothing — my parents had even less. Over the past 23 years, I built a residential rental property business from the ground up in Daytona Beach, Florida, eventually managing more than 40 properties. I am not an attorney. I am a small business owner who confirmed not one but three Chapter 11 reorganization plans and earned my discharge through years of compliance with those plans.

What followed the discharge has been the systematic destruction of everything I built. Approximately 46 foreclosure actions have been filed against my properties by creditors who never obtained permission from the bankruptcy court to proceed. Seven properties have already been sold. My personal residence is at risk. The bankruptcy court that entered the discharge has refused to enforce it for over eight years, due to structural conflicts I have documented in the enclosed motions.

I have contacted approximately 700 attorneys in Pennsylvania, New Jersey, Delaware, New York, Connecticut, Ohio, and Florida in 2026 alone — and approximately 3,900 attorneys over the past eight years. The enclosed attorney contact list documents the outreach. The responses have been consistent: voicemails that are never returned, attorneys who do not handle Chapter 11 litigation, attorneys who do not take RICO cases, attorneys who hang up, and attorneys whose phones are disconnected. Two attorneys quoted retainers of $10,000 or more at hourly rates of $495 to $1,100. Several told me to find an attorney in Florida. Not one has agreed to represent me.

I am not here because I want to be pro se. I am here because 3,900 attorneys across five states have left me no alternative. I respectfully ask this Court to extend the liberal construction afforded to pro se litigants under Haines v. Kerner, 404 U.S. 519 (1972), and to evaluate these filings on their merits.

**Filing Fee and Payment**

Please advise of any filing fee required and how to arrange payment. I am prepared to pay by credit card by telephone or by check mailed separately.

Please direct all correspondence to:

Jack Aberman

428 N. Peninsula Drive

Daytona Beach, FL 32118

Phone: (407) 604-1457

Email: flrealestatemgt@gmail.com

Thank you for your assistance.

Respectfully,

**/s/ Jack Aberman**

JACK ABERMAN, Pro Se

DATED: April 1, 2026

**Enclosures (8)**