**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 3:13-bk-00167-JAF |
| JACK ABERMAN, | ) |
| Debtor. | ) (M.D. Fla., registered in |
| | ) E.D. Pa. pursuant to |
| | ) Fed. R. Bankr. P. 4004(f)) |
| | ) |
| JACK ABERMAN, Individually, | ) Adv. Pro. No. 26-3002 (AMC) |
| Plaintiff, | ) |
| v. | ) Hon. Ashely M. Chan |
| | ) Chief U.S. Bankruptcy Judge |
| PHH MORTGAGE CORPORATION d/b/a | ) |
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE | ) |
| SERVICING, et al., | ) |
| Defendants. | ) |

**FILED**

MAY 8 2026

CLERK OF COURT

BY

## CERTIFICATE OF SERVICE

I, Jack Aberman, Plaintiff pro se, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that I caused true and correct copies of the documents identified in Section I to be served on each of the parties listed in Section III at the addresses shown, by the methods indicated, in compliance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4(l) (made applicable by FRBP 7004(a)(1)), and, as to the United States Trustee, in compliance with FRBP 9034 and 11 U.S.C. § 307. The mailing date, USPS certified-mail tracking number, and contemporaneous proof of mailing for each party are evidenced by the corresponding USPS Form 3800 Certified Mail Receipt (sender's receipt), copies of which are attached hereto as **Exhibit A** and incorporated herein by reference.

## I. DOCUMENTS SERVED

The following documents were served, as a single packet, on each party identified in Section III below:

1. Notice of Registration of Discharge Orders Pursuant to Fed. R. Bankr. P. 4004(f) (Doc. No. 1), with Exhibit A thereto (certified copies of the discharge orders entered in In re GEA Seaside Investments, Inc., No. 3:13-bk-00165-JAF (Bankr. M.D. Fla. Mar. 27,

2017); In re Aberman, No. 3:13-bk-00167-JAF (Bankr. M.D. Fla. Mar. 27, 2017); and In re GEA Seaside Investments, Inc., No. 3:18-bk-00800-JAF, Doc. No. 1559 (Bankr. M.D. Fla. Mar. 27, 2023))

2. Verified Complaint for Declaratory Judgment, Enforcement of Discharge Injunctions, and Related Relief (Doc. No. 2)

3. Summons (defendant-specific, court-issued)

4. Order Granting Short Continuance of Status Hearing (Doc. No. 11), resetting the continued status hearing to May 27, 2026 at 12:30 p.m. Eastern Time, by Zoom

## II. METHODS OF SERVICE

Service was effected by the methods identified below, in conformity with the cited Federal Rules of Bankruptcy Procedure and the Bankruptcy Code:

**FRBP 7004(b)(3)** — Service on a corporation, partnership, or unincorporated association by mailing a copy of the summons and complaint to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process, by certified mail return receipt requested.

**FRBP 7004(b)(6)** — Service on a state, municipality, or governmental organization by mailing a copy of the summons and complaint to the person or office upon whom process is prescribed to be served by the law of the state in which service is made (here, the City Clerk, with copy to the City Attorney).

**FRBP 7004(h)** — Service on an FDIC-insured depository institution by certified mail addressed to an officer of the institution, unless an exception under FRBP 7004(h)(1)–(3) applies.

**FRBP 9034 & 11 U.S.C. § 307** — Transmittal of pleadings to the Office of the United States Trustee. Section 307 grants the United States Trustee the right to appear and be heard on issues in cases and proceedings under the Code, and FRBP 9034 governs transmittal of pleadings, motion papers, and similar documents to the United States Trustee.

## III. PARTIES SERVED

The following twenty-three (23) parties were served as set forth below. The mailing date, USPS certified-mail tracking number, and contemporaneous proof of mailing for each party are evidenced by the corresponding USPS Form 3800 Certified Mail Receipt attached as Exhibit A. Where any item is later returned by the U.S. Postal Service as Unclaimed, Refused, or otherwise undelivered, Plaintiff will so report by Supplemental Certificate of Service.

| # | Party — Name & Service Address | Method / Rule of Service |
|---|---|---|
| 1 | **PHH Mortgage Corporation d/b/a NewRez LLC d/b/a Shellpoint Mortgage Servicing**<br><br>c/o Corporation Service Company<br>(Registered Agent)<br>1201 Hays Street<br>Tallahassee, FL 32301-2525 | Cert. Mail RRR — FRBP 7004(b)(3) |
| 2 | **Ocwen Loan Servicing LLC d/b/a Onity Group Inc.**<br><br>c/o Corporation Service Company<br>(successor by merger via PHH)<br>1201 Hays Street<br>Tallahassee, FL 32301-2525 | Cert. Mail RRR — FRBP 7004(b)(3) |
| 3 | **Nationstar Mortgage LLC d/b/a Mr. Cooper**<br><br>c/o Corporation Service Company<br>(Registered Agent)<br>1201 Hays Street<br>Tallahassee, FL 32301-2525 | Cert. Mail RRR — FRBP 7004(b)(3) |
| 4 | **Select Portfolio Servicing, Inc.**<br><br>c/o C T Corporation System<br>(Registered Agent)<br>1200 South Pine Island Road<br>Plantation, FL 33324 | Cert. Mail RRR — FRBP 7004(b)(3) |
| 5 | **Wells Fargo Bank, N.A.**<br><br>Attn: Officer / Managing Agent<br>420 Montgomery Street<br>San Francisco, CA 94104 | Cert. Mail to Officer — FRBP 7004(h) |
| 6 | **Fay Servicing, LLC**<br><br>c/o C T Corporation System<br>(Registered Agent)<br>1200 South Pine Island Road<br>Plantation, FL 33324 | Cert. Mail RRR — FRBP 7004(b)(3) |
| 7 | **21st Mortgage Corporation**<br><br>c/o Corporation Service Company<br>(Registered Agent)<br>1201 Hays Street<br>Tallahassee, FL 32301-2525 | Cert. Mail RRR — FRBP 7004(b)(3) |
| 8 | **Allied Servicing Corporation** | Cert. Mail RRR — |

| # | Party — Name & Service Address | Method / Rule of Service |
|---|---|---|
| | Attn: Officer / Managing Agent<br>Principal Office<br>[Address per Sunbiz / Secretary of State on file] | FRBP 7004(b)(3) |
| 9 | **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br><br>Attn: Managing Partner<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 | Cert. Mail RRR —<br>FRBP 7004(b)(3) |
| 10 | **Van Ness Law Firm, PLC**<br><br>Attn: Managing Partner<br>1239 East Newport Center Drive, Suite 110<br>Deerfield Beach, FL 33442 | Cert. Mail RRR —<br>FRBP 7004(b)(3) |
| 11 | **Aldridge Pite, LLP**<br><br>Attn: Managing Partner<br>5300 West Atlantic Avenue, Suite 303<br>Delray Beach, FL 33484 | Cert. Mail RRR —<br>FRBP 7004(b)(3) |
| 12 | **McCabe, Weisberg & Conway, LLC**<br><br>Attn: Managing Partner<br>500 South Australian Avenue, Suite 1000<br>West Palm Beach, FL 33401 | Cert. Mail RRR —<br>FRBP 7004(b)(3) |
| 13 | **Brock & Scott, PLLC**<br><br>Attn: Managing Partner<br>1501 N.W. 49th Street, Suite 200<br>Fort Lauderdale, FL 33309 | Cert. Mail RRR —<br>FRBP 7004(b)(3) |
| 14 | **Tromberg, Morris & Poulin, PLLC**<br><br>Attn: Managing Partner<br>600 West Hillsboro Boulevard, Suite 600<br>Deerfield Beach, FL 33441 | Cert. Mail RRR —<br>FRBP 7004(b)(3) |
| 15 | **Diaz Anselmo & Associates, P.A.**<br><br>Attn: Managing Partner<br>499 N.W. 70th Avenue, Suite 309<br>Plantation, FL 33317 | Cert. Mail RRR —<br>FRBP 7004(b)(3) |
| 16 | **Weitz & Schwartz, P.A.**<br><br>Attn: Managing Partner | Cert. Mail RRR —<br>FRBP 7004(b)(3) |

| # | Party — Name & Service Address | Method / Rule of Service |
|---|---|---|
| | 900 Southeast 3rd Avenue, Suite 204<br>Fort Lauderdale, FL 33316 | |
| 17 | **Sokolof Remtulla, PLLC**<br><br>Attn: Managing Partner<br>Principal Office<br>[Address per Florida Bar / Sunbiz on file] | Cert. Mail RRR —<br>FRBP 7004(b)(3) |
| 18 | **Guardian Asset Management LLC**<br><br>Attn: Officer / Managing Agent<br>230 Sugartown Road, Suite 50<br>Wayne, PA 19087 | Cert. Mail RRR —<br>FRBP 7004(b)(3) |
| 19 | **Cyprexx Services, LLC**<br><br>c/o Registered Agent<br>5125 W. Hillsborough Avenue<br>Tampa, FL 33634 | Cert. Mail RRR —<br>FRBP 7004(b)(3) |
| 20 | **Altisource Portfolio Solutions S.A. (served via Altisource Solutions, Inc.)**<br><br>Attn: Officer / Managing Agent<br>1000 Abernathy Road N.E., Suite 200<br>Atlanta, GA 30328 | Cert. Mail RRR —<br>FRBP 7004(b)(3) |
| 21 | **Assurant, Inc.**<br><br>c/o C T Corporation System<br>(Registered Agent)<br>28 Liberty Street<br>New York, NY 10005 | Cert. Mail RRR —<br>FRBP 7004(b)(3) |
| 22 | **City of Daytona Beach, Florida**<br><br>Attn: City Clerk<br>(cc: Office of the City Attorney)<br>301 South Ridgewood Avenue<br>Daytona Beach, FL 32114 | Cert. Mail RRR —<br>FRBP 7004(b)(6) |
| 23 | **Office of the United States Trustee, Region 3 — Eastern District of Pennsylvania**<br><br>Attn: Frederic J. Baker,<br>Assistant United States Trustee<br>Robert NC Nix, Sr. Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | First-Class Mail —<br>FRBP 9034 & 11<br>U.S.C. § 307 |

**Note re DOES 1–50:** Defendants identified in the Verified Complaint as DOES 1–50 are not served in this round. They will be served by name upon amendment of the Verified Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) (made applicable by FRBP 7015), and a Supplemental Certificate of Service will be filed at that time.

## IV. EXHIBIT — PROOF OF MAILING

**Exhibit A** — Copies of the USPS Form 3800 Certified Mail Receipts (sender's receipts) for each of the twenty-three (23) parties identified in Section III. Each PS Form 3800 receipt sets forth the certified-mail tracking number, the postage and certified-mail/return-receipt fees paid, and the postmark/date of mailing for the corresponding packet, and constitutes contemporaneous USPS proof of mailing for that packet. The PS Form 3800 receipts are incorporated herein by reference as the proof of service for each party.

**Return Receipts (PS Form 3811).** As of the date of this Certificate, no USPS Form 3811 Domestic Return Receipts ("green cards") have yet been returned to the undersigned. Plaintiff will file one or more Supplemental Certificates of Service as PS Form 3811 receipts are returned, and as USPS Tracking confirmations (including any items returned as Unclaimed, Refused, or otherwise undelivered) are received.

**Reservation.** Plaintiff reserves the right to file one or more Supplemental Certificates of Service to update the Court as additional return receipts and tracking confirmations are received, and to substitute for service any party returned as Unclaimed, Refused, or otherwise undelivered, by alternative means permitted under Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4.

## V. VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on April 29, 2026.**

Daytona Beach, Florida

/s/ Jack Aberman

**Jack Aberman, Plaintiff Pro Se**
428 N. Peninsula Drive
Daytona Beach, FL 32118
Telephone: (407) 604-1457
Email: flrealestatemgt@gmail.com

U.S. PORTAL SERVICE **CERTIFIED MAIL RECEIPTS**

UNITED STATES POSTAL SERVICE

**Statement of Purpose**

This document serves as formal confirmation and administrative proof regarding the dispatch of legal and financial correspondence via the United States Postal Service (USPS) Certified Mail. The attached receipts provide verified evidence that the documents were officially deposited into the postal system and directed to the respective agencies and corporations listed below.

1. **Tracking No.: 7022 0410 0000 8659 6897**

   - **Recipient:** 21st Mortgage Corporation

   - **Address:** 1200 South Pine Island Road, Plantation, FL 33324

   - **Postage s Fees:** $12.42

   - **Postmark:** April 27, 2026

**STATUS:**

   - 4/28/2026: In Transit from Origin Processing

   - 4/30/2026: 10:AM Out for Delivery

**EXPECTED DELIVERY BY:** 4/30/2026



Tracking Number:

**70220410000086596897**

☐ Copy   ⚡ Add to Informed Delivery

**Latest Update**

Your item was picked up at the post office at 11:41 am on April 30, 2026 in FORT LAUDERDALE, FL 33318.

_____

**Get More Out of USPS Tracking:**

☷ USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Post Office**
FORT LAUDERDALE, FL 33318
April 30, 2026, 11:41 am

● **Arrived at Post Office**
FORT LAUDERDALE, FL 33317
April 30, 2026, 11:22 am

● **Out for Delivery**
FORT LAUDERDALE, FL 33324
April 30, 2026, 7:34 am

● **Arrived at USPS Facility**
FORT LAUDERDALE, FL 33317
April 30, 2026, 6:13 am

● **Departed USPS Regional Facility**
OPA LOCKA FL DISTRIBUTION CENTER
April 30, 2026, 5:26 am

● **Arrived at USPS Regional Destination Facility**
OPA LOCKA FL DISTRIBUTION CENTER
April 29, 2026, 10:00 pm

● **Arrived at USPS Regional Origin Facility**
SEMINOLE-ORLANDO FL DISTRIBUTION CENTER
April 29, 2026, 5:05 am

2.   **Tracking No.: 7022 0410 0000 8659 6880**

-   **Recipient:** Fay Servicing LLC

-   **Address:** 1201 Hays Street, Tallahassee, FL 32301

-   **Postage s Fees:** $12.14

-   **Postmark:** April 27, 2026

**STATUS:**

-   4/28/2026: In Transit from Origin Processing

-   4/30/2026: 10:AM In Transit from Origin Processing

**EXPECTED DELIVERY BY:** 4/30/2026



**Tracking Number:**

## 702204100000086596880

☐ Copy   🏃 Add to Informed Delivery

**Latest Update**

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

**Moving Through Network**

● In Transit to Next Facility, Arriving Late
April 30, 2026

● Arrived at USPS Regional Origin Facility
SEMINOLE-ORLANDO FL DISTRIBUTION CENTER
April 29, 2026, 5:05 am

● Departed Post Office
DAYTONA BEACH, FL 32118
April 28, 2026, 4:30 am

● USPS in possession of item
DAYTONA BEACH, FL 32118
April 27, 2026, 12:42 pm

● Hide Tracking History

3. <u>Tracking No: 7022 0410 0000 8659 6743</u>

- **Recipient: Wells Fargo Bank, N.A. (Attn: CEO)**

- **Address:** 101 North Phillips Avenue, Sioux Falls, SD 57104

- **Postage s Fees:** $12.42

- **Postmark:** April 27, 2026

**STATUS:**

- 4/28/2026: In Transit from Origin Processing

- 4/30/2026: 10:AM In Transit from Origin Processing

**EXPECTED DELIVERY BY:** 5/2/2026



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Sioux Falls SD 57104       USE

| Certified Mail Fee | $5.30 | | 0360 |
| $ | | $4.40 | 77 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)           $ _____ $0.00
☐ Return Receipt (electronic)         $ _____ $0.00
☐ Certified Mail Restricted Delivery  $ _____ $0.00
☐ Adult Signature Required            $ _____ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postage     $2.72

Wells Fargo Bank, N.A. (Attn: CEO)
101 North Phillips Avenue
Sioux Falls, SD 57104

Postmark Here — DAYTONA BEACH FL 32118 — APR 27 2026 — 04/27/202 — USPS

for Instructions

Tracking Number:

**70220410000086596743**

📋 Copy    🏃 Add to Informed Delivery



**Latest Update**

Your item is being processed at our USPS facility in YANKTON, SD 57078 on May 1, 2026 at 7:48 am.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

Delivered

Out for Delivery

Preparing for Delivery

**Moving Through Network**
● **Processing at USPS Facility**
YANKTON, SD 57078
May 1, 2026, 7:48 am

● **Processing at USPS Facility**
YANKTON, SD 57078
May 1, 2026, 7:02 am

● **Arrived at USPS Regional Destination Facility**
SIOUX FALLS SD DISTRIBUTION CENTER
May 1, 2026, 3:06 am

4. **Tracking No: 7022 0410 0000 8659 6736**

- **Recipient:** Select Portfolio Servicing, Inc

- **Address:** 1201 Hays Street, Tallahassee, FL 32301

- **Postage s Fees:** $12.14

- **Postmark:** April 27, 2026

**STATUS:**

- 4/28/2026: In Transit from Origin Processing

- **4/30/2026: Delivered to TALLAHASSEE, FL 32301 on April 30, 2026, 7:02 am**

**EXPECTED DELIVERY BY:** 4/30/2026



Tracking Number:

**70220410000086596736**

☐ Copy   ⚡ Add to Informed Delivery

**Latest Update**

Your item has been delivered and is available at a PO Box at 7:02
am on April 30, 2026 in TALLAHASSEE, FL 32301.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

☑ **Delivered**
Delivered, PO Box
TALLAHASSEE, FL 32301
April 30, 2026, 7:02 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

5. <u>**Tracking No: 7022 0410 0000 8659 6729**</u>

- **Recipient:** Nationstar Mortgage LLC

- **Address:** 80 State Street, Albany, NY 12207

- **Postage s Fees:** $12.42

- **Postmark:** April 27, 2026

**STATUS:**

- 4/28/2026: In Transit from Origin Processing

- 4/30/2026: 10 AM Moving Through Network

**EXPECTED DELIVERY BY:** 5/1/2026



## Business Entity Information

| | |
|---|---|
| **DOS ID** | 2629556 |
| **Current Entity Name** | NATIONSTAR MORTGAGE LLC |
| **County** | Albany |
| **Jurisdiction** | Delaware |
| **Entity Type** | FOREIGN LIMITED LIABILITY COMPANY |
| **Initial DOS Filing Date** | 2001-04-18 |
| **DOS Process Name** | CORPORATION SERVICE COMPANY |
| **DOS Process Address** | 80 State Street Albany NY 12207 |

## Lastest Filing Information

| | |
|---|---|
| **Filing Number** | 250407000029 |
| **Filing Type** | BIENNIAL STATEMENT |
| **Mod Cert Code** | 32FA |
| **Approved Date** | 2025-04-07 |
| **Filing Date** | 2025-04-07 |
| **Entity Type** | FOREIGN LIMITED LIABILITY COMPANY |
| **Current Entity Name** | NATIONSTAR MORTGAGE LLC |
| **Effective Date** | 2025-04-07 |
| **Foreign Incorporation Date** | 2001-02-09 |
| **Duration** | PERPETUAL |

**Tracking Number:**

## 70220410000086596729

◻ Copy   ⚡ Add to Informed Delivery

**Expected Delivery by**

## FRIDAY

# 1 May 2026 ⓘ

by
**9:00pm** ⓘ

Your package is moving within the USPS network and is on track to be delivered by the expected delivery date. As of April 30, 2026 at 8:41 am, it is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

Delivered

Out for Delivery

Preparing for Delivery

**Moving Through Network**
**In Transit, Arriving On Time**
April 30, 2026, 8:41 am

**In Transit to Next Facility**
April 30, 2026, 4:15 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

6. <u>**Tracking No: 7022 0410 0000 8659 6712**</u>

- **Recipient:** Newrez LLC d/b/a Shellpoint

- **Address:** 600 North 2nd Street, Suite 401, Harrisburg, PA 17101

- **Postage s Fees:** $12.14

- **Postmark:** April 27, 2026

**STATUS:**

- 4/28/2026: In Transit from Origin Processing

- 4/30/2026: 10AM Moving Through Network

**EXPECTED DELIVERY BY:** 5/1/2026



**Tracking Number:**

## 70220410000086596712

🗐 Copy   𝕏 Add to Informed Delivery

**Latest Update**

Your item has been delivered and is available at a PO Box at 9:49 am on May 1, 2026 in HARRISBURG, PA 17110.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

☑ **Delivered**
Delivered, PO Box
HARRISBURG, PA 17110
May 1, 2026, 9:49 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

7. <u>Tracking No: 7022 0410 0000 8659 6705</u>

- **Recipient:** PHH Mortgage Corporation

- **Address:** 5235 North Front Street, Harrisburg, PA 17110

- **Postage s Fees:** $12.42

- **Postmark:** April 27, 2026

## STATUS:

- 4/28/2026: In Transit from Origin Processing

- 4/30/2026: 10AM Moving Through Network

## EXPECTED DELIVERY BY: 5/1/2026



Tracking Number:

## 70220410000086596705

⊡ Copy   𝄐 Add to Informed Delivery

### Latest Update

Your item has been delivered to an agent and left with an individual at the address at 8:30 am on May 1, 2026 in HARRISBURG, PA 17107.

Get More Out of USPS Tracking:

⊡ USPS Tracking Plus®

### ⊘ Delivered to Agent
Delivered to Agent, Left with Individual

HARRISBURG, PA 17107
May 1, 2026, 8:30 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

8. **Tracking No: 7022 0410 0000 8659 6910**

- **Recipient:** Allied Servicing Corporation

- **Address:** 3019 N Argone Rd, Spokane Valley, WA 99212

- Postage s Fees: $12.14

- **Postmark:** April 27, 2026

## STATUS:

- 4/28/2026: In Transit from Origin Processing

- 4/30/2026: 10 AM In Transit from Origin Processing

**EXPECTED DELIVERY BY:** 5/2/2026



Tracking Number:

## 70220410000086596910

⊓ Copy    ✗ Add to Informed Delivery



**Expected Delivery on**

**FRIDAY**

**1** May 2026 ⓘ | by **9:00pm** ⓘ

Your item arrived at the Post Office at 5:04 am on May 1, 2026 in SPOKANE, WA 99212.

**Get More Out of USPS Tracking:**

⌕ USPS Tracking Plus®

Delivered

Out for Delivery

**Preparing for Delivery**
Arrived at Post Office
SPOKANE, WA 99212
May 1, 2026, 5:04 am

**Arrived at USPS Facility**
SPOKANE, WA 99212
May 1, 2026, 4:43 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

## Business Information

|                     |                                                              |
|---------------------|--------------------------------------------------------------|
| **UBI**             | 603109570 <br> *Unified Business Identifier (UBI)*           |
| **Business Name**   | ALLIED SERVICING CORPORATION                                 |
| **Physical Address**| 3019 N Argonne Rd <br> Spokane <br> WA 99212-2141            |
| **Mailing Address** | 3019 N Argonne Rd <br> Spokane Vly <br> WA 99212-2141        |
| **Type**            | PROFIT - WA PROFIT CORPORATION                               |
| **Category**        | Regular Corporation                                          |
| **Record Status**   | Active                                                       |
| **Incorporation State** | WASHINGTON                                               |
| **Incorporation Date** | 2011-05-02                                               |
| **Expiration Date** | 2023-05-31                                                   |
| **Duration**        | PERPETUAL                                                    |
| **Email**           | melissa(a)allservicing.com                                   |
| **Telephone**       | 5098930240                                                   |

## Registered Agent Information

|                             |                                                           |
|-----------------------------|-----------------------------------------------------------|
| **Registered Agent Name**   | SHEILA WHITE                                              |
| **Registered Agent Address**| 3019 N Argone Rd <br> Spokane Valley <br> WA 99212        |

9. <u>**Tracking No: 7022 0410 0000 8659 6866**</u>

- **Recipient:** Sokolof Remtulla, PLLC

- **Address:** 6801 Lake Worth Road, Greenacres, FL 33467

- **Postage s Fees:** $12.42

- **Postmark:** April 27, 2026

**STATUS:**

- 4/28/2026: In Transit from Origin Processing

- 4/30/2026: 10 AM item was forwarded to a different address at 8:58 am on April 30, 2026, in LAKE WORTH, FL. This was because of forwarding instructions or because the address or ZIP Code on the label was incorrect.

**EXPECTED DELIVERY BY:** 4/30/2026



**Tracking Number:**

# 70220410000086596866

☐ Copy    ⚡ Add to Informed Delivery



**Latest Update**

Your item was forwarded to a different address at 8:58 am on April 30, 2026 in LAKE WORTH, FL. This was because of forwarding instructions or because the address or ZIP Code on the label was incorrect.

**Get More Out of USPS Tracking:**

📇 USPS Tracking Plus®

**Alert**

**Forwarded**
LAKE WORTH, FL
April 30, 2026, 8:58 am

**Out for Delivery**
LAKE WORTH, FL 33467
April 30, 2026, 6:10 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Florida Limited Liability Company
SOKOLOF REMTULLA, PLLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L15000206736 |
| **FEI/EIN Number** | 81-0842630 |
| **Date Filed** | 12/11/2015 |
| **Effective Date** | 12/11/2015 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | CONVERSION |
| **Event Date Filed** | 10/23/2023 |
| **Event Effective Date** | NONE |

**Principal Address**

6801 Lake Worth Road
100E
Greenacres, FL 33467

Changed: 04/27/2022

**Mailing Address**

6801 Lake Worth Road
100E
Greenacres, FL 33467

Changed: 04/27/2022

**Registered Agent Name & Address**

SOKOLOF, OWEN
6801 Lake Worth Road
100e
Greenacres, FL 33467

Address Changed: 04/27/2022

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

**10.** <u>Tracking No: **7022 0410 0000 8659 6859**</u>

- **Recipient:** Weitz C Schwartz, P.A.

- **Address:** 1000 Corporate Dr. Suite 320, Fort Lauderdale, FL 33334

- **Postage s Fees:** $12.14

- **Postmark:** April 27, 2026

**STATUS:**

- 4/28/2026: In Transit from Origin Processing

- 4/30/2026: 10 AM OUT FOR DELIVERY

**EXPECTED DELIVERY BY:** 4/30/2026



Tracking Number:

**70220410000086596859**

🗐 Copy    🏃 Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 1:12 pm on April 30, 2026 in FORT LAUDERDALE, FL 33334.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

✅ **Delivered**

**Delivered, Left with Individual**
FORT LAUDERDALE, FL 33334
April 30, 2026, 1:12 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Florida Profit Corporation
WEITZ & SCHWARTZ, P.A.

**Filing Information**

| | |
|---|---|
| **Document Number** | 520123 |
| **FEI/EIN Number** | 59-1710340 |
| **Date Filed** | 12/07/1976 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 04/28/2025 |
| **Event Effective Date** | NONE |

**Principal Address**

1000 Corporate Dr.
SUITE 320
FORT LAUDERDALE, FL 33334

Changed: 03/25/2026

**Mailing Address**

1000 Corporate Dr.
SUITE 320
FORT LAUDERDALE, FL 33334

Changed: 03/25/2026

**Registered Agent Name & Address**

WEITZ, STEVEN C.
1000 Corporate Dr.
SUITE 320
FORT LAUDERDALE, FL 33334

Name Changed: 05/07/2018

Address Changed: 03/25/2026

**Officer/Director Detail**

**Name & Address**

Title P

11. <u>Tracking No: : 7022 0410 0000 8659 6828</u>

- **Recipient:** Diaz Anselmo C Associates, P.A.

- **Address:** 499 NW 70 Avenue Suite 309, Plantation, FL 33317

- **Postage s Fees:** $12.42

- **Postmark:** April 27, 2026

**STATUS:**

- 4/28/2026: In Transit from Origin Processing

4/30/2026: 10 AM OUT FOR DELIVERY

**EXPECTED DELIVERY BY:** 4/30/2026



Tracking Number:

## 70220410000086596828

Copy   Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 12:03 pm on April 30, 2026 in FORT LAUDERDALE, FL 33317.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

Delivered, Left with Individual
FORT LAUDERDALE, FL 33317
April 30, 2026, 12:03 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Florida Profit Corporation
DIAZ ANSELMO & ASSOCIATES, P.A.

**Filing Information**

| | |
|---|---|
| **Document Number** | V52807 |
| **FEI/EIN Number** | 65-0345496 |
| **Date Filed** | 07/22/1992 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | NAME CHANGE AMENDMENT |
| **Event Date Filed** | 02/23/2021 |
| **Event Effective Date** | 12/31/2019 |

**Principal Address**

499 NW 70 AVENUE
SUITE 309
PLANTATION. FL 33317

Changed: 04/19/2016

**Mailing Address**

P.O. BOX 19519
FT. LAUDERDALE, FL 33318

Changed: 04/19/2016

**Registered Agent Name & Address**

DIAZ, ROY A
499 NW 70 AVENUE
SUITE 309
PLANTATION. FL 33317

Name Changed: 08/19/2013

Address Changed: 02/15/2021

**Officer/Director Detail**

**Name & Address**

Title D, P, S, T

**12. Tracking No:  7022 0410 0000 8659 6798**

- **Recipient:** Tromberg, Morris C Poulin, PLLC

- **Address:** 600 West Hillsboro Blvd. Ste 600, Deerfield Beach, FL 33441

- **Postage s Fees:** $12.42

- **Postmark:** April 27, 2026

**STATUS:**

- 4/28/2026: In Transit from Origin Processing

- 4/30/2026: 10 AM OUT FOR DELIVERY

**EXPECTED DELIVERY BY:** 4/30/2026



**Tracking Number:**

# 70220410000086596798

☐ Copy    ⚡ Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 11:51 am on April 30, 2026 in DEERFIELD BEACH, FL 33441.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

**✅ Delivered**

**Delivered, Left with Individual**
DEERFIELD BEACH, FL 33441
April 30, 2026, 11:51 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Florida Limited Liability Company
TROMBERG, MILLER, MORRIS & PARTNERS PLLC

### Filing Information

| | |
|---|---|
| Document Number | L20000234440 |
| FEI/EIN Number | 85-2508107 |
| Date Filed | 08/04/2020 |
| State | FL |
| Status | ACTIVE |
| Last Event | LC NAME CHANGE |
| Event Date Filed | 06/26/2025 |
| Event Effective Date | NONE |

### Principal Address

600 West Hillsboro Blvd.
Suite 600
Deerfield Beach, FL 33441

Changed: 02/14/2024

### Mailing Address

600 West Hillsboro Blvd.
Suite 600
Deerfield Beach, FL 33441

Changed: 02/14/2024

### Registered Agent Name & Address

TROMBERG, ANDREA
600 West Hillsboro Blvd.
Suite 600
Deerfield Beach, FL 33441

Address Changed: 02/14/2024

### Authorized Person(s) Detail

**Name & Address**

Title MGR

## 13. <u>Tracking No: 7022 0410 0000 8659 6781</u>

- **Recipient:** Brock & Scott, PLLC

- **Address:** 28 Liberty St, New York, NY 10005

- **Postage s Fees:** $12.42

- **Postmark:** April 27, 2026

## STATUS:

- 4/28/2026: In Transit from Origin Processing

- 4/30/2026: 10 AM - In Transit from Origin Processing

## EXPECTED DELIVERY BY: 5/1/2026



Tracking Number:

**70220410000086596781**

Copy ⚡ Add to Informed Delivery



**Expected Delivery by**

**FRIDAY**

**1** May 2026 ⓘ | by 9:00pm ⓘ

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Delivered

Out for Delivery

Preparing for Delivery

**Moving Through Network**
In Transit to Next Facility
April 30, 2026

Arrived at USPS Regional Origin Facility
SEMINOLE-ORLANDO FL DISTRIBUTION CENTER
April 29, 2026, 5:05 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

BROCK & SCOTT, PLLC (DOS #5249577) is a *Foreign Professional Service Limited Liability Company* in *New York* registered with the New York State Department of State (NYSDOS). The business entity was initially filed on December 13, 2017. The registered business location is at *28 Liberty St., New York, NY 10005.* The DOS process contact is *C T Corporation System.*

**Business Entity Information**

|  |  |
|---|---|
| DOS ID | 5249577 |
| Current Entity Name | BROCK & SCOTT, PLLC |
| County | Kings |
| Jurisdiction | North Carolina |
| Entity Type | FOREIGN PROFESSIONAL SERVICE LIMITED LIABILITY COMPANY |
| Initial DOS Filing Date | 2017-12-13 |
| DOS Process Name | C T CORPORATION SYSTEM |
| DOS Process Address | 28 Liberty St. New York NY 10005 |

**Entity Name History**

| Filing Date | Entity Name | Filing Number | Type | Status |
|---|---|---|---|---|
| 2017-12-13 | BROCK & SCOTT, PLLC | 171213000034 | Actual | Active |

**Entity Address History**

| Filing Date | Address Type | Address Name | Address | Filing Number |
|---|---|---|---|---|
| 2019-01-28 | Service of Process | C T CORPORATION SYSTEM | 28 Liberty St. New York, NY 10005 | SR-81262 |
| 2017-12-13 | Service of Process | C T CORPORATION SYSTEM | 111 Eighth Avenue, New York, NY 10011 | 171213000034 |

## 14. <u>Tracking No: 7022 0410 0000 8659 6774</u>

- **Recipient:** McCabe, Weisberg C Conway, LLC

- **Address:** 1201 Hays Street, Tallahassee, FL 32301-2525

- **Postage s Fees:** $12.14

- **Postmark:** April 27, 2026

## STATUS:

- 4/28/2026: In Transit from Origin Processing

- 4/30/2026: 10 AM - Moving Through Network

**EXPECTED DELIVERY BY:** 4/30/2026



**Tracking Number:**

# 70220410000086596774

Copy   Add to Informed Delivery

## Latest Update

Your item has been delivered and is available at a PO Box at 6:48 am on May 1, 2026 in TALLAHASSEE, FL 32303.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### ✓ Delivered
**Delivered, PO Box**

TALLAHASSEE, FL 32303
May 1, 2026, 6:48 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**



## Detail by Entity Name

Foreign Limited Liability Company
MCCABE, WEISBERG & CONWAY LLC

### Filing Information

| | |
|---|---|
| **Document Number** | M18000002167 |
| **FEI/EIN Number** | 23-2598137 |
| **Date Filed** | 03/02/2018 |
| **State** | PA |
| **Status** | ACTIVE |

### Principal Address

1420 Walnut St
Suite 1501
Philadelphia, PA 19102

Changed: 04/29/2024

### Mailing Address

1420 Walnut St
Suite 1501
Philadelphia, PA 19102

Changed: 04/29/2024

### Registered Agent Name & Address

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

### Authorized Person(s) Detail

**Name & Address**

Title Authorized Representative

O'Sullivan, Laura
312 Marshall Ave
Suite 800
Laurel, MD 20707

### Annual Reports

**Report Year        Filed Date**

## 15. Tracking No: 7022 0410 0000 8659 6767

- **Recipient:** Aldridge Pite, LLP

- **Address:** 3400 Capitol Blvd. Se Suite 101, Tumwater, WA 98501

- **Postage s Fees:** $12.42

- **Postmark:** April 27, 2026

## STATUS:

- 4/28/2026: In Transit from Origin Processing

- 4/30/2026: 10 AM In Transit from Origin Processing

## EXPECTED DELIVERY BY: 5/2/2026



**Tracking Number:**

**70220410000086596767**

⬜ Copy    ⚡ Add to Informed Delivery



**Expected Delivery by**

**SATURDAY**

**2** May
2026 ⓘ    by
**9:00pm** ⓘ

Your item arrived at our SEMINOLE-ORLANDO FL DISTRIBUTION CENTER origin facility on April 29, 2026 at 5:06 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**
🔍 USPS Tracking Plus®

Delivered

Out for Delivery

Preparing for Delivery

**In Transit from Origin Processing**
**Arrived at USPS Regional Origin Facility**
SEMINOLE-ORLANDO FL DISTRIBUTION CENTER
April 29, 2026, 5:06 am

**Departed Post Office**
DAYTONA BEACH, FL 32118
April 28, 2026, 4:30 am

See All Tracking History

## Business Information

| | |
|---|---|
| **UBI** | 603518797 |
| | *Unified Business Identifier (UBI)* |
| **Business Name** | ALDRIDGE PITE, LLP |
| **Physical Address** | 9311 Se 36th St Ste 207<br>Mercer Island<br>WA 98040-3700 |
| **Mailing Address** | 3575 Piedmont Rd Ne Ste 500<br>Atlanta<br>GA 30305-1623 |
| **Type** | PROFIT - FOREIGN LIMITED LIABILITY PARTNERSHIP |
| **Category** | Limited Liability Partnership |
| **Record Status** | Active |
| **Incorporation State** | GEORGIA |
| **Incorporation Date** | 2015-06-24 |
| **Expiration Date** | 2023-06-30 |
| **Duration** | PERPETUAL |
| **Email** | tstillwagon(a)aldridgepite.com |
| **Telephone** | 4049947550 |

## Registered Agent Information

| | |
|---|---|
| **Registered Agent Name** | REGISTERED AGENT SOLUTIONS, INC. |
| **Registered Agent Address** | 3400 Capitol Blvd. Se Suite 101<br>Tumwater<br>WA 98501 |

16. <u>Tracking No:  7022 0410 0000 8659 6903 </u>

- **Recipient:** Robertson, Anschutz, Schneid, Crane C Partners

- **Address:** 6409 Congress Ave Ste 100, Boca Raton, FL 33487

- **Postage s Fees:** $12.42

- **Postmark:** April 27, 2026

**STATUS:**

- 4/28/2026: In Transit from Origin Processing

- **4/30/2026: 10 AM Delivered BOCA RATON, FL 33431 at 9:49 am**

**EXPECTED DELIVERY BY:** 4/30/2026



**Tracking Number:**

## 70220410000086596903

☐ Copy   🏃 Add to Informed Delivery

**Latest Update**

Your item has been delivered and is available at a PO Box at 9:49 am on April 30, 2026 in BOCA RATON, FL 33431.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

✅ **Delivered**
**Delivered, PO Box**
BOCA RATON, FL 33431
April 30, 2026, 9:49 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Foreign Limited Liability Company
MCCABE, WEISBERG & CONWAY LLC

### Filing Information

| | |
|---|---|
| **Document Number** | M18000002167 |
| **FEI/EIN Number** | 23-2598137 |
| **Date Filed** | 03/02/2018 |
| **State** | PA |
| **Status** | ACTIVE |

### Principal Address

1420 Walnut St
Suite 1501
Philadelphia, PA 19102

Changed: 04/29/2024

### Mailing Address

1420 Walnut St
Suite 1501
Philadelphia, PA 19102

Changed: 04/29/2024

### Registered Agent Name & Address

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

### Authorized Person(s) Detail

**Name & Address**

Title Authorized Representative

O'Sullivan, Laura
312 Marshall Ave
Suite 800
Laurel, MD 20707

### Annual Reports

**Report Year        Filed Date**

17. **Tracking No: 7022 0410 0000 8659 6750**

- **Recipient:** Van Ness Law Firm, PLC

- **Address:** 1239 E. Newport Center Dr 110, Deerfield Beach, FL 33442

- **Postage s Fees:** $12.14

- **Postmark:** April 27, 2026

**STATUS:**

- 4/28/2026: In Transit from Origin Processing

- **4/30/2026: 10 AM Delivered, Left with Individual DEERFIELD BEACH, FL 33442 at 10:34 am**

**EXPECTED DELIVERY BY:** 4/30/2026



Tracking Number:

**70220410000086596750**

⬀ Copy   ⚝ Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 10:34 am on April 30, 2026 in DEERFIELD BEACH, FL 33442.

**Get More Out of USPS Tracking:**

⬀ USPS Tracking Plus®

☑ **Delivered**
**Delivered, Left with Individual**
DEERFIELD BEACH, FL 33442
April 30, 2026, 10:34 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Florida Limited Liability Company
VAN NESS LAW FIRM, PLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L13000002881 |
| **FEI/EIN Number** | 20-1333619 |
| **Date Filed** | 01/07/2013 |
| **Effective Date** | 07/06/2004 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | CONVERSION |
| **Event Date Filed** | 01/07/2013 |
| **Event Effective Date** | NONE |

**Principal Address**

1239 E. NEWPORT CENTER DRIVE 110
DEERFIELD BEACH, FL 33442

**Mailing Address**

1239 E. NEWPORT CENTER DRIVE 110
DEERFIELD BEACH, FL 33442

**Registered Agent Name & Address**

VAN NESS, J. ANTHONY
1239 E. NEWPORT CENTER DRIVE 110
DEERFIELD BEACH, FL 33442

**Authorized Person(s) Detail**

**Name & Address**

Title MGRM

Van Ness, John Anthony, Esq.
1239 E. NEWPORT CENTER DRIVE 110
DEERFIELD BEACH, FL 33442

Title Authorized Member

Friedman, David Adam, Esq.
1239 E. NEWPORT CENTER DRIVE 110
DEERFIELD BEACH, FL 33442

**18.** <u>**Tracking No: 7022 0410 0000 8659 6804**</u>

- **Recipient:** Altisource Portfolio Solutions S.A.

- **Address:** 1201 Hays Street, Tallahassee, FL 32301-2525

- **Postage s Fees:** $12.42

- **Postmark:** April 27, 2026

**STATUS:**

- 4/28/2026: In Transit from Origin Processing

- **4/30/2026: Delivered, PO Box TALLAHASSEE, FL 32301 at 7:02 am**

**EXPECTED DELIVERY BY:** 4/30/2026



Tracking Number:

**70220410000086596804**

⬚ Copy    ⚡ Add to Informed Delivery

**Latest Update**

Your item has been delivered and is available at a PO Box at 7:02 am on April 30, 2026 in TALLAHASSEE, FL 32301.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

☑ **Delivered**
**Delivered, PO Box**
TALLAHASSEE, FL 32301
April 30, 2026, 7:02 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**



## Detail by Entity Name

Foreign Profit Corporation
ALTISOURCE SOLUTIONS, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | F11000004055 |
| **FEI/EIN Number** | 26-4450651 |
| **Date Filed** | 10/10/2011 |
| **State** | DE |
| **Status** | ACTIVE |

### Principal Address

2300 Lakeview Parkway
7th Floor, Space 756
Alpharetta, GA 30009

Changed: 04/23/2024

### Mailing Address

7730 Market Center Avenue
Suite 100
El Paso, TX 79912

Changed: 04/23/2024

### Registered Agent Name & Address

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

Name Changed: 09/07/2017

Address Changed: 09/07/2017

### Officer/Director Detail

**Name & Address**

Title Secretary, Director

McCarthy, Corin M.
2300 Lakeview Parkway
7th Floor, Space 756
Alpharetta, GA 30009

**19. Tracking No: 7022 0410 0000 8659 6873**

- **Recipient:** Guardian Asset Management LLC

- **Address:** 145 Hilden Rd. Suite 105, Ponte Vedra, FL 32081

- **Postage s Fees:** $12.14

- **Postmark:** April 27, 2026

**STATUS:**

- 4/28/2026: In Transit from Origin Processing

- 4/30/2026: 10 AM Out for Delivery

**EXPECTED DELIVERY BY:** 4/30/2026



**Tracking Number:**

**70220410000086596873**

☐ Copy    ⚡ Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 2:31 pm on April 30, 2026 in PONTE VEDRA, FL 32081.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

☑ **Delivered**
Delivered, Left with Individual
PONTE VEDRA, FL 32081
April 30, 2026, 2:31 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

**20. Tracking No: 7022 0410 0000 8659 6835**

- **Recipient:** Assurant, Inc.

- **Address:** 1201 Hays Street, Tallahassee, FL 32301-2525

- **Postage s Fees:** $12.42

- **Postmark:** April 27, 2026

**STATUS:**

- 4/28/2026: In Transit from Origin Processing

- 4/30/2026: 10 AM In Transit from Origin Processing

**EXPECTED DELIVERY BY:** 4/30/2026



Tracking Number:

**70220410000086596835**

Copy    Add to Informed Delivery

**Latest Update**

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Moving Through Network**

● In Transit to Next Facility, Arriving Late
April 30, 2026

● Arrived at USPS Regional Origin Facility
SEMINOLE-ORLANDO FL DISTRIBUTION CENTER
April 29, 2026, 5:05 am

● See All Tracking History

What Do USPS Tracking Statuses Mean?



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Florida Profit Corporation
GUARDIAN ASSET MANAGEMENT, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P21000072072 |
| **FEI/EIN Number** | 30-1279281 |
| **Date Filed** | 08/11/2021 |
| **Effective Date** | 08/10/2021 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

2103 1ST STREET SOUTH
JACKSONVILLE BEACH, FL 32250

**Mailing Address**

41608 DATE STREET
203A
MURRIETA, CA 92562

**Registered Agent Name & Address**

HARROD LAW, PLLC
145 Hilden Rd., Suite 105
PONTE VEDRA, FL 32081

Address Changed: 01/24/2023

**Officer/Director Detail**

**Name & Address**

Title P, T

CLENDENEN, BRYAN
41606 DATE STREET, SUITE 203A
MURRIETA, CA 92562

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2024 | 01/30/2024 |
| 2025 | 01/29/2025 |
| 2026 | 01/10/2026 |

21. <u>**Tracking No: 7022 0410 0000 8659 6835**</u>

- **Recipient:** Assurant, Inc.

- **Address:** 1201 Hays Street, Tallahassee, FL 32301-2525

- **Postage s Fees:** $12.42

- **Postmark:** April 27, 2026

## STATUS:

- 4/28/2026: In Transit from Origin Processing

- 4/30/2026: 10 AM In Transit from Origin Processing

## EXPECTED DELIVERY BY: 4/30/2026



Tracking Number:

# 70220410000086596835

☐ Copy    🏃 Add to Informed Delivery

### Latest Update

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

Get More Out of USPS Tracking:

🔍 USPS Tracking Plus®

### Moving Through Network
● **In Transit to Next Facility, Arriving Late**
April 30, 2026

● **Arrived at USPS Regional Origin Facility**
SEMINOLE-ORLANDO FL DISTRIBUTION CENTER
April 29, 2026, 5:05 am

● **See All Tracking History**

**What Do USPS Tracking Statuses Mean?**



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Foreign Profit Corporation
ASSURANT, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | F04000000533 |
| **FEI/EIN Number** | 39-1126612 |
| **Date Filed** | 01/29/2004 |
| **State** | DE |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 05/01/2007 |

**Principal Address**

260 Interstate North Circle S.E.
Atlanta, GA 30339

Changed: 02/24/2026

**Mailing Address**

260 Interstate North Circle S.E.
Atlanta, GA 30339

Changed: 02/24/2026

**Registered Agent Name & Address**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

**Officer/Director Detail**

**Name & Address**

Title President, Director

Demmings, Keith Warner
260 Interstate North Circle S.E.
Atlanta, GA 30339

Title Secretary

**22.** **Tracking No: 7022 0410 0000 8659 6811**

- **Recipient:** Cyprexx Services, LLC

- **Address:** 1201 Hays Street, Tallahassee, FL 32301

- **Postage s Fees:** $12.42

- **Postmark:** April 27, 2026

**STATUS:**

- 4/28/2026: In Transit from Origin Processing

- 4/30/2026: 10 AM In Transit from Origin Processing

**EXPECTED DELIVERY BY:** 4/30/2026



Tracking Number:

**70220410000086596811**

⬭ Copy   ⚡ Add to Informed Delivery

**Latest Update**

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

⬭ USPS Tracking Plus®

**Moving Through Network**
● In Transit to Next Facility, Arriving Late
April 30, 2026

● Arrived at USPS Regional Origin Facility
SEMINOLE-ORLANDO FL DISTRIBUTION CENTER
April 29, 2026, 5:05 am

● See All Tracking History

What Do USPS Tracking Statuses Mean?



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Foreign Limited Liability Company
CYPREXX SERVICES, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | M08000001337 |
| **FEI/EIN Number** | 26-2198530 |
| **Date Filed** | 03/19/2008 |
| **State** | DE |
| **Status** | ACTIVE |

**Principal Address**

525 GRAND REGENCY BLVD.
BRANDON, FL 33510

Changed: 01/31/2012

**Mailing Address**

525 GRAND REGENCY BLVD.
BRANDON, FL 33510

Changed: 07/21/2020

**Registered Agent Name & Address**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

Address Changed: 04/24/2012

**Authorized Person(s) Detail**

**Name & Address**

Title Member, Manager

ORY, BRETT
525 GRAND REGENCY BLVD.
BRANDON, FL 33510

Title Member, Manager

**23.** **Tracking No: 7022 0410 0000 8659 6927**

- **Recipient:** United States Trustee. Region 3

- **Address:** 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

- **Postage s Fees:** $12.14

- **Postmark:** April 27, 2026

**STATUS:**

- 4/28/2026: In Transit from Origin Processing

- 4/30/2026: 10 AM In Transit from Origin Processing

**EXPECTED DELIVERY BY:** 5/1/2026



Tracking Number:

**70220410000086596927**

▢ Copy    ⚡ Add to Informed Delivery

**Expected Delivery on**

**FRIDAY**

**1** May
2026 ⓘ | by
**9:00pm** ⓘ

Your item is out for delivery on May 1, 2026 at 8:36 am in
PHILADELPHIA, PA 19107.

**Get More Out of USPS Tracking:**

▢ USPS Tracking Plus®

Delivered

**Out for Delivery**
Out for Delivery
PHILADELPHIA, PA 19107
May 1, 2026, 8:36 am

Arrived at USPS Regional Destination Facility
PHILADELPHIA PA DISTRIBUTION CENTER
May 1, 2026, 12:15 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

**24.** **Tracking No:  7022 0410 0000 8659 6842**

- **Recipient:** Daytona Beach (Attn: City Clerk)

- **Address:** 301 S. Ridgewood Ave. Rm 210, Daytona Beach, FL 32114

- **Postage s Fees:** $12.14

- **Postmark:** April 27, 2026

**STATUS:**

- 4/28/2026: In Transit from Origin Processing

- 4/30/2026: 10 AM Out for Delivery

**EXPECTED DELIVERY BY:** 5/1/2026



Tracking Number:

**70220410000086596842**

Copy     Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 11:04 am on April 30, 2026 in DAYTONA BEACH, FL 32114.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**

Delivered, Left with Individual
DAYTONA BEACH, FL 32114
April 30, 2026, 11:04 am

See All Tracking History

What Do USPS Tracking Statuses Mean?



# UNITED STATES POSTAL SERVICE.

DAYTONA BEACH SHORES
2136 S ATLANTIC AVE STE A
DAYTONA BEACH, FL 32118-5016
www.usps.com

04/27/2026                              01:11 PM

---

TRACKING NUMBERS
70220410000086596842
70220410000086596927
70220410000086596811
70220410000086596835
70220410000086596873
70220410000086596804
70220410000086596750
70220410000086596903
70220410000086596767
70220410000086596774
70220410000086596781
70220410000086596798
70220410000086596828
70220410000086596859
70220410000086596866
70220410000086596910
70220410000086596705
70220410000086596712
70220410000086596729
70220410000086596736
70220410000086596743
70220410000086596880
70220410000086596897

---

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



---

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

---

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---

PURCHASE DETAILS

---

Weight: 0 lb 4.20 oz
Estimated Delivery Date
Fri 05/01/2026
Certified Mail®                        $5.30
Tracking #:
70220410000086596781

$4.40