# Exhibit F

ORDERED.

**Dated:  March 27, 2023**

Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: GEA SEASIDE INVESTMENT, INC.
      Debtor(s).

Case No.: 3:18-bk-00800-JAF
Chapter 11

_____/

**ORDER GRANTING DEBTOR'S MOTION FOR FINAL DECREE AND DIRECTING
ENTRY OF FINAL DECREE**

This case came on for consideration on March 21, 2023 upon the Debtor's Motion for Entry

of a Final Decree with Certificate of Substantial Consummation ("Motion") (Doc. No. 1544) and

Objections filed by secured creditors PHH Mortgage Corporation (Doc. No. 1554) and Wells

Fargo Bank, N.A. (Doc. No. 1556). After a hearing it is

    **ORDERED:**

1. The Objections by the secured creditors at Doc. Nos. 1554 and 1556 to the Debtor's Motion

    for Final Decree are Overruled;

2. The Motion by the Debtor for a Final Decree (Doc. No. 1544) is Granted;

3. The automatic stay provisions shall be lifted as to all creditors to allow any State Court action

regarding an alleged default of the terms of the confirmed plan. Following entry of this Order,

the default provisions in the loan documents shall control any default under the confirmed plan.

Any requirement to send a separate default notice in the Bankruptcy Case shall have no further

force or effect.

4.   The Clerk is directed to enter a Final Decree and to close the case.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

*Attorney Bryan K. Mickler is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of the entry of this Order.*