**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of Registration of Discharge Orders | ) | Miscellaneous Proceeding |
| | ) | |
| | ) | No. 26-3002 (AMC) |
| JACK ABERMAN, | ) | |
| | ) | Chief Judge Ashely M. Chan |
| Debtor/Movant | ) | |

**CERTIFICATION OF SERVICE**

I, Turner N. Falk:, certify that on May 20, 2026, I did cause a true and correct copy of the documents described below to be served on all parties registered with the Clerk to receive electronic notice via the CM/ECF system, and on the parties on the attached Service List in the manner indicated:

- *Nationstar Mortgage LLC d/b/a Mr. Cooper's Initial Omnibus Response in Opposition to Debtors' Verified Adversary Complaint to Enforce Discharge Injunction and for Damages [D.I. 2]; Motion to Retain Jurisdiction and Preemptive Opposition to Transfer Under 28 U.S.C. § 1412 [D.I. 3]; Motion for Leave to Proceed Pro Se as Individual Debtor and Declaration of Individual Standing [D.I. 4] and Motion for Leave to File Electronically and for Remote Appearance by Video/Telephone [D.I. 5]* and Exhibits thereto.

Dated:  May 20, 2026

By: */s/ Turner N. Falk*
**SAUL EWING LLP**
Turner N. Falk, Esq.
1735 Market Street, 34th Floor
Philadelphia PA 19103
(215) 972-8415
turner.falk@saul.com
*Counsel for Nationstar Mortgage LLC d/b/a Mr. Cooper*

57916095.2 05/20/2026

-1-

# SERVICE LIST

Jack Aberman
428 N. Peninsula Drive, Daytona Beach, FL 32118
Relationship of Party: Movant
Via:
☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☒ e-mail: flrealestatemgt@gmail.com
☐ Other:

GEA Seaside Investment, Inc.
c/o Jack Aberman, Registered Agent and CEO
428 N. Peninsula Drive, Daytona Beach, FL 32118
Relationship of Party: Party-in-Interest
☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☒ e-mail: flrealestatemgt@gmail.com
☐ Other:

Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Relationship of Party: Party-in-Interest
☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other: