**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In the Matter of Registration of Discharge Orders | Miscellaneous Proceeding |
| JACK ABERMAN, | No. 26-3002 (AMC) |
| Debtor/Movant | Chief Judge Ashely M. Chan |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(B) and Local Rule 2002-1, please take notice that Attorney Evan T. Miller notes his appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper ("**Nationstar**")[1]. Please serve a copy of all further pleadings (including motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned attorney at the address below.

**SAUL EWING LLP**
Evan T. Miller, Esq.
1201 North Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6864
evan.miller@saul.com

Dated:  May 26, 2026

By: */s/ Turner N. Falk*
**SAUL EWING LLP**
Turner N. Falk, Esq.
1735 Market Street, 34th Floor
Philadelphia PA 19103
(215) 972-8415
turner.falk@saul.com

-and-

Evan T. Miller, Esq.
1201 N. Market St., Suite 2300
Wilmington, DE 19801

---

[1] Effective February 2, 2026, Rocket Mortgage, LLC is the successor by merger to Nationstar Mortgage LLC d/b/a Mr. Cooper.

(302) 421-6800
Evan.miller@saul.com

*Counsel for Nationstar Mortgage LLC d/b/a Mr.
Cooper*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In the Matter of Registration of Discharge Orders | Miscellaneous Proceeding |
| JACK ABERMAN, | No. 26-3002 (AMC) |
| Debtor/Movant | Chief Judge Ashely M. Chan |

**CERTIFICATION OF SERVICE**

I, Turner N. Falk, certify that on May 26, 2026, I did cause a true and correct copy of the document described below to be served on all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

*Entry of Appearance of Evan T. Miller on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper.*

By: */s/ Turner N. Falk*
**SAUL EWING LLP**
Turner N. Falk, Esq.
1735 Market Street, 34th Floor
Centre Square West
Philadelphia PA 19103
(215) 972-8415
turner.falk@saul.com
*Counsel for Nationstar Mortgage LLC
d/b/a Mr. Cooper*

Dated:  May 26, 2026