**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JACK ABERMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 26-3002-AMC |
| v. | : | |
| | : | |
| PHH MORTGAGE CORPORATION d/b/a | : | |
| NEWREZ LLC d/b/a SHELLPOINT | : | |
| MORTGAGE SERVICING, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S ADVERSARY COMPLAINT

In compliance with Paragraph 3 of Court's April 22, 2026 Order (Doc. 11), Defendants named as PHH Mortgage Corporation d/b/a Newrez LLC d/b/a Shellpoint Mortgage Servicing and Ocwen Loan Servicing LLC d/b/a Onity Group, Inc. (together the "PHH Defendants") submit the following objection to Plaintiff Jack Aberman's Verified Adversary Complaint to Enforce Discharge Injunction and Damages (Doc. 2). To the best of undersigned counsel's current knowledge, Mr. Aberman has not served his adversary complaint or any of the Court's subsequent orders on the PHH Defendants, which have notice of this matter and hearing via a co-defendant. The PHH Defendants are submitting this document to comply with Paragraph 3 of Court's April 22, 2026 Order and reserve their rights to object to this case or move to dismiss it on any ground, including lack of service.

The PHH Defendants incorporate by reference the responses to the adversary complaint in this action filed by Select Portfolio Servicing, Inc. (Doc. 21) and Nationstar Mortgage LLC d/b/a Mr. Cooper (Doc. 22). The PHH Defendants reserve the right to file additional responsive

pleadings, briefs, or motions and request the Court grant them leave to do so, should it decide to

retain jurisdiction over this matter.

**GREENBERG TRAURIG LLP**

Dated:  May 27, 2026

*/s/ Gregory T. Sturges*
Gregory T. Sturges (Pa. I.D. No. 200992)
1717 Arch Street, Suite 400
Philadelphia, PA 19103
T 215.988.7820
F 215.717.5238
sturgesg@gtlaw.com

***Attorneys for Defendants NewRez, LLC
d/b/a Shellpoint Mortgage Servicing and
Onity Mortgage Corporation f/k/a PHH
Mortgage Corporation***

## <u>CERTIFICATE OF SERVICE</u>

I, Gregory T. Sturges, do hereby certify that on this 27th day of May 2026, a true and correct copy of **<u>DEFENDANTS' MOTION TO DISMISS TO PLAINTIFF'S ADVERSARY COMPLAINT</u>** was presented for electronic filing and served upon all counsel of record *via* the Court's ECF system.

*/s/ Gregory T. Sturges*
Gregory T. Sturges