# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In the Matter of the Registration      :
Of Discharge Orders      :

     :

     :

     :      Misc. Pro. No. 26-3002 (AMC)

## ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of the undersigned on behalf of the Debtor/Plaintiff, Jack Aberman.

Bresset & Santora, LLC

By: _____
Stephen G. Bresset, Esq.
812 Court Street
Honesdale, PA  18431
(570) 253-5953
sbresset@bressetsantora.com

By: _____
Ronald V. Santora, Esq.
1188 Wyoming Avenue
Forty Fort, PA  18704
(570) 287-3666
rsantora@bressetsantora.com