**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In the Matter of the Registration** | : | |
| **Of Discharge Orders** | : | |
| | : | |
| | : | **Misc. Pro. No. 26-3002 (AMC)** |

## NUNC PRO TUNC MOTION TO RESCHEDULE STATUS CONFERENCE

AND NOW COMES the Debtor/Plaintiff, Jack Aberman, by and through his new undersigned counsel, and hereby respectfully moves this Honorable Court as follows:

1.      This Matter was filed pro se by the Debtor/Plaintiff, Jack Aberman.

2.      Debtor/Plaintiff just retained the undersigned as Counsel, which Counsel entered their appearance in this matter on May 28, 2026.

3.      In reviewing the materials that the Debtor/Plaintiff has begun providing to counsel, Plaintiff/Debtor discovered that the Status Conference scheduled for May 27, 2026 was mistakenly placed in Debtor/Plaintiff's calendar for May 29, 2026.

4.      As a result, Debtor/Plaintiff unintentionally failed to call in to the status conference due to him dairying the wrong date.

5.      Debtor/Plaintiff, now through the undersigned new counsel, respectfully requests that the Court reschedule the status conference so Debtor/Plaintiff, through new undersigned counsel, can appear.

WHEREFORE, Debtor/Plaintiff prays that the Court set a new date for the status conference previously scheduled for May 27, 2026, and for such other relief as is just and equitable.

Respectfully submitted,

Bresset & Santora, LLC

By:_____
Stephen G. Bresset, Esq.
812 Court Street
Honesdale, PA  18431
(570) 253-5953
sbresset@bressetsantora.com

By:_____
Ronald V. Santora, Esq.
1188 Wyoming Avenue
Forty Fort, PA  1 8704
(570) 287-3666
rsantora@bressetsantora.com