**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In the Matter of the Registration** | **:** |
| **Of Discharge Orders** | **:** |
| | **:** |
| | **:**    **Misc. Pro. No. 26-3002 (AMC)** |

**ORDER**

AND NOW THIS _____ day of _____, 2026, upon Nunc Pro Tunc Motion of the Debtor/Plaintiff to reschedule a status conference, and for good cause shown, it is hereby ordered and decreed that the Motion is Granted.

The status conference previously scheduled for May 27, 2026 is now rescheduled to _____, 2026, at _____ o'clock ___ M.

BY THE COURT: