**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| | : | |
| **In the Matter of the Registration** | : | **Miscellaneous Pro. No. 26-3002 (AMC)** |
| **of Discharge Orders** | : | |
| | : | |
| | : | |
| | : | |

**ORDER**

**AND NOW**, the Court having registered in this District, pursuant to Federal Rule of Bankruptcy Procedure 4004(f), the *Discharge of Individual Debtor in a Chapter 11 Case* ("Discharge Order") [Docket No. 1], originating from the case of In re: Jack Aberman, Case No. 13-00167 (JAF) (M.D.Fl.) ("Debtor"),

**AND** the Debtor having filed (i) a Verified Complaint to Enforce Discharge Injunction and for Damages [Docket No. 2]; (ii) a Motion to Retain Jurisdiction and Preemptive Opposition to Transfer Under 28 U.S.C. §1412 [Docket No. 3]; (iii) a Motion for Leave to Proceed Pro Se as Individual Debtor and Declaration of Individual Standing [Docket No. 4]; and (iv) a Motion for Leave to File Electronically and for Remote Appearance by Video/Telephone [Docket No. 5],

**IT IS HEREBY ORDERED** that

1.  A status hearing having been scheduled on May 27, 2026; and Mr. Aberman not appearing;

2.  The Motions filed at Docket entries 2 through 5 are **DENIED** for lack of prosecution

**Dated:**  May 28, 2026

_____
**ASHELY M. CHAN**
**CHIEF U.S. BANKRUPTCY JUDGE**