United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Case No. 26-03002-amc

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 28, 2026 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| NONE | + | Jack Aberman, 428 N. Peninsula Drive, Daytona Beach, FL 32118-4038 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 29 2026 01:14:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDRA D. ROGIN | on behalf of Defendant Select Portfolio Servicing  Inc. arogin@eckertseamans.com, lgervasi@eckertseamans.com |
| EVAN THOMAS MILLER | on behalf of Interested Party NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER evan.miller@saul.com robyn.warren@saul.com |
| GREGORY T. STURGES | on behalf of Interested Party Ocwen Loan Servicing LLC sturgesg@gtlaw.com |

District/off: 0313-2                       User: admin                                Page 2 of 2

Date Rcvd: May 28, 2026                    Form ID: pdf900                            Total Noticed: 3

GREGORY T. STURGES

       on behalf of Interested Party PHH MORTGAGE CORPORATION sturgesg@gtlaw.com

JORDAN MATTHEW KATZ

       on behalf of Respondent Robertson  Anschutz, Schneid, Crane & Partners, PLLC jkatz@raslg.com

STEPHEN G. BRESSET

       on behalf of Jack Aberman sbresset@bressetsantora.com
nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com

TURNER N. FALK

       on behalf of Interested Party NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER turner.falk@saul.com
tnfalk@recap.email;veronica.marchiondo@saul.com

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| **In the Matter of the Registration** | : | **Miscellaneous Pro. No. 26-3002 (AMC)** |
| **of Discharge Orders** | : | |
| | : | |
| | : | |

**ORDER**

AND NOW, the Court having registered in this District, pursuant to Federal Rule of Bankruptcy Procedure 4004(f), the *Discharge of Individual Debtor in a Chapter 11 Case* ("Discharge Order") [Docket No. 1], originating from the case of In re: Jack Aberman, Case No. 13-00167 (JAF) (M.D.Fl.) ("Debtor"),

AND the Debtor having filed (i) a Verified Complaint to Enforce Discharge Injunction and for Damages [Docket No. 2]; (ii) a Motion to Retain Jurisdiction and Preemptive Opposition to Transfer Under 28 U.S.C. §1412 [Docket No. 3]; (iii) a Motion for Leave to Proceed Pro Se as Individual Debtor and Declaration of Individual Standing [Docket No. 4]; and (iv) a Motion for Leave to File Electronically and for Remote Appearance by Video/Telephone [Docket No. 5],

**IT IS HEREBY ORDERED** that

1.  A status hearing having been scheduled on May 27, 2026; and Mr. Aberman not appearing;

2.  The Motions filed at Docket entries 2 through 5 are **DENIED** for lack of prosecution

**Dated:**  May 28, 2026

_____
**ASHELY M. CHAN**
**CHIEF U.S. BANKRUPTCY JUDGE**