**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In the Matter of the Registration**        :
**Of Discharge Orders**                           :
                                                            :
                                                            :         **Misc. Pro. No. 26-3002 (AMC)**

## ORDER

AND NOW this _____ day of _____, 2026, upon Motion of Jack Aberman for Nunc Pro Tunc Motion to Reschedule Status Conference, and after notice and for good cause shown, it is hereby

ORDERED AND DECREED that said Motion is Granted.  A Status Conference in this matter is hereby rescheduled to the _____ day of _____, 2026, at _____ o'clock __ M.

BY THE COURT: