**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In the Matter of the Registration     :
Of Discharge Orders             :

                              :

                              :      **Misc. Pro. No. 26-3002 (AMC)**

**NOTICE OF MOTION, RESPONSE DEADLINE
AND IN-PERSON HEARING DATE**

*Jack Aberman, Movant/Debtor/Plainitff, has filed a Nunc Pro Tunc Motion to Reschedule Status Conference.*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **July 7, 2026, you or your attorney must file a response to the Motion.** *(see Instructions on next page).*

A hearing on the Motion is scheduled to be held on **JULY 15, 2026,** at **12:30 p.m.** in Courtroom #4 United States Bankruptcy Court, (address of Bankruptcy Court). Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

**If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed below: .

**<u>Filing Instructions</u>**

If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

If you are not required to file electronically, you must file your response with the Clerk's office at the following address:

Clerk, US Bankruptcy Court
Eastern District of Pennsylvaria
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney

Ronald V. Santora, Esq.
Bresset & Santora, LLC
1188 Wyoming Avenue
Forty Fort, PA 18704
(570) 287-3660
rsantora@bressetsantora.com

Dated: June 22, 2026

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In the Matter of the Registration**   :
**Of Discharge Orders**   :

   :

   :     **Misc. Pro. No. 26-3002 (AMC)**

## ORDER

AND NOW this _____ day of _____, 2026, upon Motion of Jack Aberman for Nunc Pro Tunc Motion to Reschedule Status Conference, and after notice and for good cause shown, it is hereby

ORDERED AND DECREED that said Motion is Granted.  A Status Conference in this matter is hereby rescheduled to the _____ day of _____, 2026, at _____ o'clock ___ M.

BY THE COURT: