**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JACK ABERMAN, | ) | |
| Debtor, | ) | Case No. 2:26-MP-03002 AMC |
| | ) | |
| v. | ) | Hearing Date: July 15, 2026 at 12:30 PM |
| | ) | |
| PHH MORTGAGE CORPORATION d/b/a | ) | Response Deadline: July 7, 2026 |
| NEWREZ LLC d/b/a SHELLPOINT | ) | |
| MORTGAGE SERVICING, et al. | ) | |
| Defendants. | ) | |

**DEFENDANT SELECT PORTFOLIO SERVICING INC.'S**
**RESPONSE IN OPPOSITION TO PLAINTIFF'S NUNC PRO TUNC**
**MOTION TO RESCHEDULE STATUS CONFERENCE**

Defendant, Select Portfolio Servicing, Inc. ("SPS"), by and through its counsel, hereby responds in opposition to Plaintiff's Nunc Pro Tunc Motion to Reschedule Status Conference (the Request").

1. Plaintiff filed this action seeking to register and enforce discharge orders, overturn actions taken by federal and state courts in Florida related to Florida foreclosure proceedings, and to obtain damages related to those Florida actions in this U.S. Bankruptcy Court for the Eastern District of Pennsylvania.

2. Included in his filings were a Motion to Register Discharge Orders Pursuant to Fed. R. Bankr. P. 4004(f) (D.I. 1), a Preemptive Motion to Retain Jurisdiction (D.I. 3), and an Adversary Complaint (D.I. 2) (collectively, the "Motions").[1]

---

[1] In opposing the Request and Motions, SPS does not waive any service, service of process, or jurisdictional defenses, and SPS does not consent to or waive its right to contest jurisdiction in this Court.

3.      The allegation underlying all claims is the alleged impropriety of pursuing foreclosure actions in Florida after bankruptcy discharge orders were entered in Florida.  (*Id*.).

4.      A status hearing was originally scheduled to take place on the Motions on April 29, 2026.  (D.I. 6).

5.      On April 22, 2026, Plaintiff filed a request to continue the hearing, which was granted.  (D.I. 10; D.I. 11; D.I. 17).

6.      On May 8, 2026, Plaintiff filed a Certificate of Service confirming that he had notified all defendants of the Order rescheduling the hearing on the Motions to May 27, 2026 (D.I. 11; D.I. 18).

7.      SPS opposed the Motions on May 20, 2026.  (D.I. 21).

8.      Plaintiff submitted a response to this opposition reiterating his request for expedited relief "[g]iven that the hearing on the pending Motions…**is scheduled for May 27, 2026**."  (D.I. 35) (emphasis added).

9.      Plaintiff did not appear at the hearing on May 27, 2026, and the Motions were denied for lack of prosecution.  (D.I. 29-32; D.I. 34).

10.     On May 28, 2026, counsel entered an appearance on behalf of Plaintiff and filed the instant request to reschedule the hearing on the basis that Plaintiff had just "discovered" that the hearing was mistakenly placed on his calendar for May 29, 2026.  (D.I. 33).

11.     SPS opposes the Request.

12.     First, Plaintiff acknowledged the date of the hearing on multiple occasions.  (D.I. 18; D.I. 33).

13.     Additionally, Plaintiff has demonstrated a pattern and practice of forcing defendants to incur costs to brief motions, and then he does not appear at the hearings on those motions.[2]  This case is no different.

14.     Next, to the extent Plaintiff wishes for the Court to reconsider the ruling on the Motions, the proper avenue to do so would be through a motion for reargument pursuant to Bankruptcy Rule 9024, which provides for a remedy only if "extraordinary and special circumstances must justify granting relief under it." *In re Vascular Access Centers, L.P.*, 645 B.R. 804, 828 (Bankr. E.D. Pa. 2022) (internal citations and quotations omitted).

15.     Those circumstances do not exist in this case, and even if they did, the Request should be denied as futile because the Motions are without merit for the reasons set forth in the oppositions filed to the Motions.

WHEREFORE, Defendant Select Portfolio Servicing, Inc. respectfully requests that the Request be denied.

Respectfully submitted,

**Eckert Seamans Cherin & Mellott, LLC**
*/s/ Alexandra D. Rogin*
Alexandra D. Rogin, Esq. (No. 322018)
50 S. 16th St., 22nd Fl.
Philadelphia, PA 19102
Telephone: (215) 851-8400
Facsimile: (215) 851-8383
arogin@eckertseamans.com
*Counsel for Select Portfolio Servicing, Inc.*

Dated:  July 6, 2026

---

[2] See, for example, orders denying motions in Florida state court foreclosure proceedings after Plaintiff failed to appear, attached as Exhibit A.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system on this day will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those parties which are non-registered participants.

*/s/ Alexandra D. Rogin*

Dated:  July 6, 2026                                        Alexandra D. Rogin, Esq.