# EXHIBIT A

IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR
VOLUSIA COUNTY, FLORIDA

CASE NO.: 2024 10867 CICI
DIVISION: 32

WILMINGTON TRUST, NA, SUCCESSOR
TRUSTEE TO CITIBANK, N.A. AS TRUSTEE
FOR BEAR STEARNS ALT-A TRUST,
MORTGAGE PASSTHROUGH CERTIFICATES,
SERIES 2007-1,

       Plaintiff,

vs.

JACK ABERMAN; GEA SEASIDE
INVESTMENT, INC. *A/K/A* GEA SEASIDE
INVESTMENTS, INC.; FIRST NATIONAL BANK
OF PENNSYLVANIA, AS SUCCESSOR BY
MERGER TO HOWARD BANK, AS
SUCCESSOR BY MERGER TO 1ST MARINER
BANK, A MARYLAND BANKING
CORPORATION; THE CITY OF DAYTONA
BEACH FLORIDA; UNKNOWN TENANT(S) IN
POSSESSION,

       Defendants.

_____/

**ORDER DENYING DEFENDANT'S MOTION FOR WRITTEN FINDINGS OF FACT
AND CONCLUSIONS OF LAW AND MOTION TO COMPEL PLAINTIFF TO
PRODUCE EVIDENCE OF BANKRUPTCY COURT AUTHORIZATION
PURSUANT TO FLORIDA RULES OF CIVIL PROCEDURE 1.510 AND 1.380
AND MOTION TO VACATE VOID JUDGMENT AND SALE**
*Docket No. 74-Filed on April 3, 2026)*

    **THIS CAUSE** came to be heard on Defendant's Motion for Written Findings of Fact and

Conclusions of Law and Motion to Compel Plaintiff to Produce Evidence of Bankruptcy Court

Authorization Pursuant to Florida Rules of Civil Procedure 1.510 And 1.380 and Motion to Vacate

Void Judgment and Sale. Counsel for Plaintiff appeared at the hearing via Zoom. The Defendant

did not appear. The Court notes that Defendant did not move for a rehearing of the Final Judgment,

nor did he seek an appeal thereof. With the Court being otherwise duly advised, it is ORDERED

AND ADJUDGED:

1. That Defendant's Motion for Written Findings of Fact And Conclusions of Law and

   Motion to Compel Plaintiff to Produce Evidence of Bankruptcy Court Authorization

   Pursuant to Florida Rules of Civil Procedure 1.510 And 1.380 and Motion to Vacate Void

   Judgment and Sale hereby *DENIED*.

   **DONE AND ORDERED** in Chambers at Daytona Beach, Volusia County, Florida this 15 day of
May, 2026.

5/15/2026 10:27 AM 2024 10867
CICI

e-Signed 5/15/2026 10:27 AM 2024 10867 CICI
**JUDGE ANDREA K. TOTTEN**

**Copies furnished via eService:**
Steven C. Weitz, Esq.
Anthony E. Jackson, Esq.
**Plaintiff to furnish copies to remaining parties with a certificate of
service reflecting compliance to be filed**

IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR
VOLUSIA COUNTY, FLORIDA

CASE NO.:  2024 10867 CICI
DIVISION:  32

WILMINGTON TRUST, NA, SUCCESSOR
TRUSTEE TO CITIBANK, N.A. AS
TRUSTEEFOR BEAR STEARNS ALT-A TRUST,
MORTGAGE PASSTHROUGH CERTIFICATES,
SERIES 2007-1,

      Plaintiff,

vs.

JACK ABERMAN; GEA SEASIDE INVESTMENT, INC. *A/K/A*
GEA SEASIDE INVESTMENTS, INC., et al.,

      Defendants.

_____/

### ORDER DENYING DEFENDANT JACK ABERMAN'S EMERGENCY MOTION TO VACATE ORDER GRANTING ORE TENUS MOTION TO STRIKE, TO REINSTATE STRICKEN PLEADINGS, AND FOR EMERGENCY RELIEF FROM VOID JUDGMENT AND VOID SALE (Docket No. 70-Filed on March 12, 2026)

**THIS CAUSE** came to be heard on Defendant Jack Aberman's Emergency Motion to Vacate Order Granting Ore Tenus Motion to Strike, to Reinstate Stricken Pleadings, and for Emergency Relief From Void Judgment and Void Sale. The Motion was properly noticed. Counsel for Plaintiff appeared at the hearing via Zoom. The Defendant did not appear. The Court notes that the underlying motions referenced by Defendant were filed by Defendant while he was represented by counsel. With the Court being otherwise duly advised, it is ORDERED AND ADJUDGED:

IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR
VOLUSIA COUNTY, FLORIDA

CASE NO.:  2024 10867 CICI
DIVISION:  32

WILMINGTON TRUST, NA, SUCCESSOR
TRUSTEE TO CITIBANK, N.A. AS TRUSTEE
FOR BEAR STEARNS ALT-A TRUST,
MORTGAGE PASSTHROUGH CERTIFICATES,
SERIES 2007-1,

      Plaintiff,

vs.

JACK ABERMAN; GEA SEASIDE
INVESTMENT, INC. *A/K/A* GEA SEASIDE
INVESTMENTS, INC.; FIRST NATIONAL BANK
OF PENNSYLVANIA, AS SUCCESSOR BY
MERGER TO HOWARD BANK, AS
SUCCESSOR BY MERGER TO 1ST MARINER
BANK, A MARYLAND BANKING
CORPORATION; THE CITY OF DAYTONA
BEACH FLORIDA; UNKNOWN TENANT(S) IN
POSSESSION,

      Defendants.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO VACATE VOID JUDGMENT, VOID SALE, AND VOID CERTIFICATE OF TITLE, CLAIM OF RIGHT, TITLE, AND INTEREST IN REAL PROPERTY, WITH DEMAND FOR DAMAGES AND AFFIRMATIVE RELIEF (Fla. R. Civ. P. 1.540(b)(4); § 817.535; § 772.11; § 501.204; 18 U.S.C. § 1962) (Docket No. 73-Filed on March 25, 2026)

**THIS CAUSE** came to be heard on Defendant's Motion to Vacate Void Judgment, Void

Sale, and Void Certificate of Title, Claim of Right, Title, and Interest in Real Property, with

Demand For Damages and Affirmative Relief (Fla. R. Civ. P. 1.540(B)(4); § 817.535; § 772.11; §

501.204; 18 U.S.C. § 1962). Counsel for Plaintiff appeared at the hearing via Zoom. The Defendant

did not appear. The Court notes that the arguments raised by Defendant were previously considered

at the hearing on Plaintiff's Motion for Summary Judgment. With the Court being otherwise duly advised, it is ORDERED AND ADJUDGED:

1.  That Defendant's Motion to Vacate Void Judgment, Void Sale, and Void Certificate of Title, Claim of Right, Title, and Interest in Real Property, with Demand For Damages and Affirmative Relief (Fla. R. Civ. P. 1.540(B)(4); § 817.535; § 772.11; § 501.204; 18 U.S.C. § 1962) hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Daytona Beach, Volusia County, Florida this 15 day of May, 2026.

5/15/2026 10:28 AM 2024 10867

e-Signed 5/15/2026 10:28 AM 2024 10867 CICI

**JUDGE ANDREA K. TOTTEN**

**Copies furnished via eService:**
Steven C. Weitz, Esq.
Anthony E. Jackson, Esq.
**Plaintiff to furnish copies to remaining parties with a certificate of service reflecting compliance to be filed**

1.   Defendant Jack Aberman's Emergency Motion to Vacate Order Granting Ore Tenus

Motion to Strike, to Reinstate Stricken Pleadings, and for Emergency Relief From Void

Judgment and Void Sale hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Daytona Beach, Volusia County, Florida this 15 day of May, 2026.

5/15/2026 10:28 AM 2024 10867

e-Signed 5/15/2026 10:28 AM 2024 10867 CICI
**JUDGE ANDREA K. TOTTEN**

**Copies furnished via eService:**
Steven C. Weitz, Esq.
Anthony E. Jackson, Esq.
**Plaintiff to furnish copies to remaining parties with a certificate of service reflecting compliance to be filed**