**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In the Matter of Registration of Discharge Orders | : : : | Miscellaneous Proceeding |
|  | : | No. 26-3002-AMC |
| JACK ABERMAN, | : : | Chief Judge Ashely M. Chan |
| Debtor/Movant | : : | |

**DEFENDANTS NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING AND ONITY MORTGAGE CORPORATION F/K/A PHH MORTGAGE CORPORATION'S JOINDER IN NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S RESPONSE IN OPPOSITION TO DEBTOR/MOVANT'S NUNC PRO TUNC MOTION TO RESCHEDULE STATUS CONFERENCE [D.I. 33]**

Defendants NewRez, LLC d/b/a Shellpoint Mortgage Servicing and Onity Mortgage Corporation f/k/a PHH Mortgage Corporation ("Defendants"), hereby give notice of its joinder in Nationstar Mortgage LLC d/b/a Mr. Cooper's ("Nationstar") Response in Opposition (ECF 41, "Nationstar's Response") to Debtor/Movant's *Nunc Pro Tunc* Motion to Reschedule Status Conference.  Defendants adopt and incorporate Nationstar's Response as if fully set forth herein.

For the foregoing reasons, Debtor/Movant's *Nunc Pro Tunc* Motion to Reschedule Status Conference should be denied.

**GREENBERG TRAURIG LLP**

Dated:  July 14, 2026

*/s/ Gregory T. Sturges*
Gregory T. Sturges (Pa. I.D. No. 200992)
1717 Arch Street, Suite 400
Philadelphia, PA 19103
T 215.988.7820
F 215.717.5238
sturgesg@gtlaw.com

***Attorneys for Defendants NewRez, LLC
d/b/a Shellpoint Mortgage Servicing and
Onity Mortgage Corporation f/k/a PHH
Mortgage Corporation***

## CERTIFICATE OF SERVICE

I, Gregory T. Sturges, do hereby certify that on this 14th day of July 2026, a true and correct copy of **DEFENDANTS' JOINDER IN NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S RESPONSE IN OPPOSITION TO DEBTOR/MOVANT'S *NUNC PRO TUNC* MOTION TO RESCHEDULE STATUS CONFERENCE [D.I. 33]** was presented for electronic filing and served upon all counsel of record *via* the Court's ECF system.

*/s/ Gregory T. Sturges*
Gregory T. Sturges