**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | |
|  | : | |
|  | : | |
| **In the Matter of the Registration** | : | **Miscellaneous Pro. No. 26-3002 (AMC)** |
| **of Discharge Orders** | : | |
|  | : | |
|  | : | |
|  | : | |

**ORDER**

AND NOW, the Court having registered in this District, pursuant to Federal Rule of Bankruptcy Procedure 4004(f), the *Discharge of Individual Debtor in a Chapter 11 Case* ("Discharge Order") [Docket No. 1], originating from the case of <u>In re: Jack Aberman</u>, Case No. 13-00167 (JAF) (M.D.Fl.) ("Debtor"),

AND the Debtor having filed (i) a Verified Complaint to Enforce Discharge Injunction and for Damages [Docket No. 2]; (ii) a Motion to Retain Jurisdiction and Preemptive Opposition to Transfer Under 28 U.S.C. §1412 [Docket No. 3]; (iii) a Motion for Leave to Proceed Pro Se as Individual Debtor and Declaration of Individual Standing [Docket No. 4]; and (iv) a Motion for Leave to File Electronically and for Remote Appearance by Video/Telephone [Docket No. 5] (collectively, "Miscellaneous Matters"),

AND a status hearing on the above-referenced Miscellaneous Matters having been scheduled for April 29, 2026,

AND Debtor having subsequently filed Debtor's Expedited Motion for Short Continuance of April 29, 2026 Status Hearing [Docket No. 10],

AND a status hearing on the Miscellaneous Matters having been rescheduled for May 27, 2026,

AND Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") having filed an opposition to the Miscellaneous Matters on May 20, 2026, which sought a filing injunction barring Debtor from "filing any proceeding alleging that a foreclosure on the Properties[1] is void, without first seeking leave of Court" [Docket No. 22 Opp. ¶¶ 52-53],

AND Debtor having filed responses to Nationstar's opposition on May 26, 2026,

---

[1] As defined in Nationstar's opposition at Docket No. 22.

1

AND Debtor having failed to appear at the May 27, 2026 status hearing,

AND the Court having entered an order on May 28, 2026 denying the Miscellaneous Matters for lack of prosecution [Docket No. 34],

AND Debtor having filed on May 28, 2026 a Nunc Pro Tunc Motion to Reschedule Status Conference [Docket No. 33] noticed for a hearing on July 15, 2026 [Docket No. 39],

AND Debtor having failed to appear at the July 15, 2026 hearing,

The Court shall exercise its inherent authority under § 105(a) and hereby ORDER that Debtor is enjoined from filing any further proceedings, pleadings, or documents of any kind alleging that a foreclosure on the Properties is void, without first seeking leave of Court, due to Debtor's apparent bad faith in continuing to request hearings on numerous filings and repeatedly not appearing, thereby wasting time and resources of the opposing parties and this Court.

It is so ORDERED.

**Dated: July 16, 2026**

_____
**ASHELY M. CHAN**
**CHIEF U.S. BANKRUPTCY JUDGE**