United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 26-03002-amc

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                                    Page 1 of 2

Date Rcvd: Jul 16, 2026                     Form ID: pdf900                                Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| ust | + James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| NONE | + Jack Aberman, 428 N. Peninsula Drive, Daytona Beach, FL 32118-4038 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jul 17 2026 02:18:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ALEXANDRA D. ROGIN | on behalf of Defendant Select Portfolio Servicing  Inc. arogin@eckertseamans.com, lgervasi@eckertseamans.com |
| EVAN THOMAS MILLER | on behalf of Interested Party NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER evan.miller@saul.com robyn.warren@saul.com |
| GREGORY T. STURGES | on behalf of Interested Party PHH MORTGAGE CORPORATION sturgesg@gtlaw.com |

District/off: 0313-2                                           User: admin                                              Page 2 of 2

Date Rcvd: Jul 16, 2026                                     Form ID: pdf900                                       Total Noticed: 3

GREGORY T. STURGES

          on behalf of Interested Party Ocwen Loan Servicing LLC sturgesg@gtlaw.com

JORDAN MATTHEW KATZ

          on behalf of Respondent Robertson  Anschutz, Schneid, Crane & Partners, PLLC jkatz@raslg.com

STEPHEN G. BRESSET

          on behalf of Jack Aberman sbresset@bressetsantora.com
          nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.c
om

TURNER N. FALK

          on behalf of Interested Party NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER turner.falk@saul.com
          tnfalk@recap.email;veronica.marchiondo@saul.com


TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

            :
            :
**In the Matter of the Registration**    :    **Miscellaneous Pro. No. 26-3002 (AMC)**
**of Discharge Orders**          :
            :
_____:

**ORDER**

AND NOW, the Court having registered in this District, pursuant to Federal Rule of Bankruptcy Procedure 4004(f), the *Discharge of Individual Debtor in a Chapter 11 Case* ("Discharge Order") [Docket No. 1], originating from the case of In re: Jack Aberman, Case No. 13-00167 (JAF) (M.D.Fl.) ("Debtor"),

AND the Debtor having filed (i) a Verified Complaint to Enforce Discharge Injunction and for Damages [Docket No. 2]; (ii) a Motion to Retain Jurisdiction and Preemptive Opposition to Transfer Under 28 U.S.C. §1412 [Docket No. 3]; (iii) a Motion for Leave to Proceed Pro Se as Individual Debtor and Declaration of Individual Standing [Docket No. 4]; and (iv) a Motion for Leave to File Electronically and for Remote Appearance by Video/Telephone [Docket No. 5] (collectively, "Miscellaneous Matters"),

AND a status hearing on the above-referenced Miscellaneous Matters having been scheduled for April 29, 2026,

AND Debtor having subsequently filed Debtor's Expedited Motion for Short Continuance of April 29, 2026 Status Hearing [Docket No. 10],

AND a status hearing on the Miscellaneous Matters having been rescheduled for May 27, 2026,

AND Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") having filed an opposition to the Miscellaneous Matters on May 20, 2026, which sought a filing injunction barring Debtor from "filing any proceeding alleging that a foreclosure on the Properties[1] is void, without first seeking leave of Court" [Docket No. 22 Opp. ¶¶ 52-53],

AND Debtor having filed responses to Nationstar's opposition on May 26, 2026,

---

[1] As defined in Nationstar's opposition at Docket No. 22.

1

AND Debtor having failed to appear at the May 27, 2026 status hearing,

AND the Court having entered an order on May 28, 2026 denying the Miscellaneous Matters for lack of prosecution [Docket No. 34],

AND Debtor having filed on May 28, 2026 a Nunc Pro Tunc Motion to Reschedule Status Conference [Docket No. 33] noticed for a hearing on July 15, 2026 [Docket No. 39],

AND Debtor having failed to appear at the July 15, 2026 hearing,

The Court shall exercise its inherent authority under § 105(a) and hereby ORDER that Debtor is enjoined from filing any further proceedings, pleadings, or documents of any kind alleging that a foreclosure on the Properties is void, without first seeking leave of Court, due to Debtor's apparent bad faith in continuing to request hearings on numerous filings and repeatedly not appearing, thereby wasting time and resources of the opposing parties and this Court.

It is so ORDERED.

**Dated: July 16, 2026**

**ASHELY M. CHAN**
**CHIEF U.S. BANKRUPTCY JUDGE**

2