## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of the Registration of Discharge Orders | Miscellaneous Pro. No. 26-3002 (AMC)<br><br>Chief Judge Ashely M. Chan |

## CERTIFICATE OF SERVICE

I, Jack Aberman, certify that on July 29, 2026, I caused a true and correct copy of the foregoing Motion, the Declaration of Jack Aberman, Exhibits A and B, and the Proposed Order to be served by first-class U.S. mail, postage prepaid, and by electronic mail where an email address is listed, upon the following:

Turner N. Falk, Esq.
Saul Ewing LLP
1735 Market Street, 34th Floor
Philadelphia, PA 19103
turner.falk@saul.com
Counsel for Nationstar Mortgage LLC d/b/a Mr. Cooper



Alexandra D. Rogin, Esq.
Eckert Seamans Cherin & Mellott, LLC
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102
arogin@eckertseamans.com
Counsel for Select Portfolio Servicing, Inc.

Gregory T. Sturges, Esq.
Greenberg Traurig LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103
sturgesg@gtlaw.com
Counsel for NewRez LLC d/b/a Shellpoint Mortgage Servicing and Onity Mortgage Corporation
f/k/a PHH Mortgage Corporation

Office of the United States Trustee, Region 3
Attn: Frederic J. Baker, Esq.
900 Market Street, Suite 320

Philadelphia, PA 19107

Ronald V. Santora, Esq. / Stephen G. Bresset, Esq.
Bresset & Santora, LLC
1188 Wyoming Avenue
Forty Fort, PA 18704
rsantora@bressetsantora.com; sgbresset@bressetsantora.com
Counsel of record for Debtor

/s/ Jack Aberman
Jack Aberman, Debtor, Pro Se