## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

In the Matter of the Registration
of Discharge Orders

Miscellaneous Pro. No. 26-3002 (AMC)

Chief Judge Ashely M. Chan

## ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of Debtor's

Application for Electronic Filing and Electronic Noticing Privileges, and any responses thereto, it

is hereby ORDERED that:

1. The Application is GRANTED as set forth below.

2. Debtor is granted [  ] leave to file electronically through CM/ECF in this proceeding,

subject to the Court's electronic-filing procedures; [  ] leave to submit filings to the Clerk by email

in PDF form.

3. The Clerk shall transmit notices and orders in this proceeding to Debtor by email at

flrealestatemgt@gmail.com, and all appearing parties shall serve Debtor by email at that address.

BY THE COURT:

_____
ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE