## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

In the Matter of the Registration
of Discharge Orders

Miscellaneous Pro. No. 26-3002 (AMC)

Chief Judge Ashely M. Chan

### CERTIFICATE OF SERVICE

I, Jack Aberman, certify that on July 29, 2026, I caused a true and correct copy of the foregoing Application and Proposed Order to be served by first-class U.S. mail, postage prepaid, and by electronic mail where an email address is listed, upon: Turner N. Falk, Esq., Saul Ewing LLP, 1735 Market Street, 34th Floor, Philadelphia, PA 19103 (turner.falk@saul.com); Alexandra D. Rogin, Esq., Eckert Seamans Cherin & Mellott, LLC, 50 S. 16th Street, 22nd Floor, Philadelphia, PA 19102 (arogin@eckertseamans.com); Gregory T. Sturges, Esq., Greenberg Traurig LLP, 1717 Arch Street, Suite 400, Philadelphia, PA 19103 (sturgesg@gtlaw.com); Office of the United States Trustee, Region 3, Attn: Frederic J. Baker, Esq., 900 Market Street, Suite 320, Philadelphia, PA 19107; and Ronald V. Santora, Esq. / Stephen G. Bresset, Esq., Bresset & Santora, LLC, 1188 Wyoming Avenue, Forty Fort, PA 18704 (rsantora@bressetsantora.com; sgbresset@bressetsantora.com).

/s/ Jack Aberman
Jack Aberman, Debtor, Pro Se