# EXHIBIT A

Email thread between Jack Aberman and

Ronald V. Santora, Esq. / Stephen G. Bresset, Esq. (Bresset & Santora, LLC),

July 16 - July 22, 2026,

including Mr. Santora's July 22, 2026, 7:16 a.m. email



In the Matter of the Registration of Discharge Orders
Misc. Pro. No. 26-3002 (AMC)  (Bankr. E.D. Pa.)

 Gmail                                                    **Operations Manager <flrealestatemgt@gmail.com>**

---

## Re: Following up on the July 15 hearing — trying to understand what happened

4 messages

---

**flrealestatemgt** <flrealestatemgt@gmail.com>                                      Tue, Jul 21, 2026 at 8:42 PM
To: "rsantora bressetsantora.com" <rsantora@bressetsantora.com>, Stephen Bresset <sgbresset@bressetsantora.com>
Bcc: FLREALESTATEMGT@gmail.com

Hello Ron and Steve,
I hope you're both doing well. I'm writing to try to understand what happened with the July 15 hearing in the Pennsylvania
matter (Misc. Pro. No. 26-3002), because the order that came out of it caught me off guard and I want to get the full
picture before I do anything.
Here is what I'm seeing on the docket. After you entered your appearance for me (Doc. 28), you filed the Nunc Pro Tunc
motion to reschedule the status conference (Doc. 33). The Clerk flagged that motion twice — once because no notice of
motion had been filed (Doc. 37), and once because the notice was missing the hearing date and time (Doc. 38) — and it
was then set for a hearing on July 15, 2026 at 12:30 p.m. in Courtroom #4 (Doc. 39).
Then, on July 16, Judge Chan entered an order (Doc. 44) that did more than deny the motion. It found that "the Debtor"
failed to appear at the July 15 hearing, and on that basis it enjoined me from filing anything further about the foreclosures
without first getting the Court's permission — essentially trying to bar me from the court for not showing up that one time.
So I need to ask you both directly, and I just need to know: did either you or Steve appear at the July 15 hearing — by
Zoom or telephone — to argue the motion? I'm not trying to point fingers. I genuinely don't know what happened, and I
need to understand it so we can figure out the right way forward. If there was any mix-up with the Court about the date or
the scheduling, I'd want to know that too.
There is only a short window to respond to that order, so I would really appreciate hearing from you as soon as you can.
Once I understand where things stand, we can talk about how to fix it.
Thank you both,
Jack Aberman
386-761-1992 — flrealestatemgt@gmail.com

> On Jul 21, 2026, at 12:36 PM, rsantora bressetsantora.com <rsantora@bressetsantora.com> wrote:
>
>
> Jack,
>   The ED bankruptcy court denied the motion to reschedule the status conference.  In all honesty, there
> is a real issue of the jurisdiction of the court to issue a contempt order of another bk court.
>     However, we believe you may have a very valid 1983 action for wrongful deprivation of property. We
> are researching that now.  However,  we need to review possible collateral estoppel and related issues;
> so please make sure we have copies of any and all responses that you filed to any of the foreclosure
> complaints, along with copies of any and all filings you submitted in the MDFL bankruptcy court in an
> attempt to  enforce the plan,etc. Thanks.
>
>
> Ronald V. Santora, Esq.
> Bresset & Santora, LLC
> 1188 Wyoming Avenue
> Forty Fort, PA  18704
> (570) 287-3660
> Fax (570) 287-3666

---

On Jul 20, 2026, at 1:05 PM, rsantora bressetsantora.com <rsantora@bressetsantora.com> wrote:

Atty Bresset and I are reviewing options and will advise

Get Outlook for iOS

**From:** MBMG Assistant <MBMGAssistant@pm.me>
**Sent:** Monday, 20 July 2026 12:54:39
**To:** rsantora bressetsantora.com <rsantora@bressetsantora.com>; Stephen Bresset <sgbresset@bressetsantora.com>; nicole bressetsantora.com <nicole@bressetsantora.com>
**Cc:** flrealestatemgt@gmail.com <flrealestatemgt@gmail.com>
**Subject:** Re: Fw: Follow-up: Bankruptcy Court Response Review

Mr. Santora,

To clarify:

- On Thursday, you sent a confirmation stating "received."

- On Friday, we sent a follow-up email specifically inquiring about the **status** of our upcoming filings, which remained unanswered.

- Regarding our phone calls, we have indeed been calling your direct number for weeks without an answer, including today when we called again and received no response.

Our records and timeline are accurate. We kindly request an update on the actual status of our filings at your earliest convenience so we can proceed accordingly.

On Monday, July 20th, 2026 at 12:47 PM, rsantora bressetsantora.com <rsantora@bressetsantora.com> wrote:

I replied to you last Thursday.  See below

Get your facts straight.

Get Outlook for iOS

**From:** rsantora bressetsantora.com <rsantora@bressetsantora.com>
**Sent:** Thursday, July 16, 2026 1:24 PM
**To:** MBMG Assistant <MBMGAssistant@pm.me>
**Subject:** Re: Follow-up: Bankruptcy Court Response Review

Yes. Received. Thank you

Ronald V. Santora, Esq.
Bresset & Santora, LLC
1188 Wyoming Avenue
Forty Fort, PA  18704
(570) 287-3660
Fax (570) 287-3666

---

**From:** MBMG Assistant <MBMGAssistant@pm.me>
**Sent:** Thursday, July 16, 2026 1:23 PM
**To:** rsantora bressetsantora.com <rsantora@bressetsantora.com>
**Subject:** Re: Follow-up: Bankruptcy Court Response Review

Jack just recently resent you some documents.

Can you confirm you received them?

Maria

On Thursday, July 16th, 2026 at 11:48 AM, rsantora bressetsantora.com <rsantora@bressetsantora.com> wrote:

> Got them.  thanks
>
> Ronald V. Santora, Esq.
> Bresset & Santora, LLC
> 1188 Wyoming Avenue
> Forty Fort, PA  18704
> (570) 287-3660
> Fax (570) 287-3666
>
> ---
>
> **From:** MBMG Assistant <MBMGAssistant@pm.me>
> **Sent:** Thursday, July 16, 2026 11:47 AM
> **To:** rsantora bressetsantora.com
> <rsantora@bressetsantora.com>
> **Subject:** Re: Follow-up: Bankruptcy Court Response Review
>
> Please check your Spam folder or let us know if you need us to resend you the document. We need to file something as soon as possible.
>
> On Thursday, July 16th, 2026 at 11:00 AM, rsantora bressetsantora.com <rsantora@bressetsantora.com> wrote:
>
> > What date did you send it.  I don't see it.
> >
> > Ronald V. Santora, Esq.
> > Bresset & Santora, LLC
> > 1188 Wyoming Avenue
> > Forty Fort, PA  18704
> > (570) 287-3660
> > Fax (570) 287-3666

**From:** MBMG Assistant
<MBMGAssistant@pm.me>
**Sent:** Thursday, July 16, 2026 9:33 AM
**To:** rsantora bressetsantora.com
<rsantora@bressetsantora.com>
**Subject:** Follow-up: Bankruptcy Court Response
Review

Dear Mr. Bressett and Mr. Santora,
Good day.
I hope this email finds you well. I am reaching
out to follow up on the "Bankruptcy Court
Response" email sent previously. I would like to
check if you have received it and to see if you
require any additional information or further
documentation from our end to assist with your
review.
Thank you for your time, and I look forward to
your response.
Best regards,
**Maria**
Assistant to Jack

---

rsantora bressetsantora.com <rsantora@bressetsantora.com>                    Wed, Jul 22, 2026 at 7:16 AM
To: flrealestatemgt <flrealestatemgt@gmail.com>, Stephen Bresset <sgbresset@bressetsantora.com>

GM Jack.

I think I figured out what happened.
When the Motion to reinstate the conference was filed, we thereafter received a notice that we needed to submit a proposed notice. We thereafter submitted a proposed notice. We didnt get any direction after that; however, the clerk and/or court entered the notice, inserted the date, and we simply missed it. That's on us.

However, quite frankly, even if we were aware of the date in time not sure what we would have done; as we have said in our previous emails, our research indicates that the authority to enforce the plan/discharge rests with the BK court who issued it; That is why we asked for copies of any and all submissions you already filed in MDFL so we can see exactly what has already been raised and determine if we have any collateral estoppel or res judicata issues. In addition however, and perhaps most importantly, we are working on a proposed 1983 complaint to file in Federal District Court against the foreclosing creditors. We believe that is the best way to pursue this.

Ronald V. Santora, Esq.
Bresset & Santora, LLC
1188 Wyoming Avenue
Forty Fort, PA 18704
(570) 287-3660

Fax (570) 287-3666