# EXHIBIT B

Docket history for Misc. Pro. No. 26-3002 (AMC),

obtained from PACER on July 27, 2026



In the Matter of the Registration of Discharge Orders
Misc. Pro. No. 26-3002 (AMC) (Bankr. E.D. Pa.)

**26-03002-amc** In the Matter of the Registration of Discharge Ord v. Select Portfolio Servicing, Inc.
**Case type:** mp **Chief Judge:** Ashely M. Chan
**Date filed:** 04/06/2026 **Date of last filing:** 07/18/2026

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 45 | *Filed:* 07/18/2026 *Entered:* 07/19/2026 | BNC Certificate of Mailing - PDF Document |
| 44 | *Filed & Entered:* 07/16/2026 | Order (Generic) |
| 43 | *Filed:* 07/15/2026 *Entered:* 07/16/2026 | CHAP - Hearing Held (Bk) |
| 42 | *Filed & Entered:* 07/14/2026 | Generic Application |
| 41 | *Filed & Entered:* 07/07/2026 | Response |
| 40 | *Filed & Entered:* 07/06/2026 | Memorandum in Opposition |
| 38 | *Filed & Entered:* 06/22/2026 | Notice of Motion |
| 39 | *Filed:* 06/22/2026 *Entered:* 06/23/2026 | Notice of Motion |
| 37 | *Filed & Entered:* 06/08/2026 | Notice of Inaccurate Filing (ap) |
| 36 | *Filed:* 05/30/2026 *Entered:* 05/31/2026 | BNC Certificate of Mailing - PDF Document |
| 35 | *Filed & Entered:* 05/29/2026 | Objection |
| 28 | *Filed & Entered:* 05/28/2026 | Notice of Appearance |
| 33 | *Filed & Entered:* 05/28/2026 | Generic Motion |
| 34 | *Filed & Entered:* 05/28/2026 | Order on Generic Motion |
| 34 | *Filed & Entered:* 05/28/2026 | Order on Generic Motion |
| 34 | *Filed & Entered:* 05/28/2026 | Order on Generic Motion |
| 25 | *Filed & Entered:* 05/27/2026 | Motion to Dismiss Adversary Proceeding |
| 29 | *Filed:* 05/27/2026 *Entered:* 05/28/2026 | CHAP - Hearing Held (Bk) |
| 30 | *Filed:* 05/27/2026 *Entered:* 05/28/2026 | CHAP - Hearing Held (Bk) |
| 31 | *Filed:* 05/27/2026 *Entered:* 05/28/2026 | CHAP - Hearing Held (Bk) |
| 32 | *Filed:* 05/27/2026 *Entered:* 05/28/2026 | CHAP - Hearing Held (Bk) |
| 23 | *Filed & Entered:* 05/26/2026 | Notice of Appearance |
| 24 | *Filed & Entered:* 05/26/2026 | Response |
| 26 | *Filed:* 05/26/2026 *Entered:* 05/27/2026 | Response |
| 27 | *Filed:* 05/26/2026 *Entered:* 05/27/2026 | Declaration |
| 20 | *Filed & Entered:* 05/20/2026 | Document |

| 21 | Filed & Entered: 05/20/2026 | Response |
|----|------------------------------|----------|
| 22 | Filed & Entered: 05/20/2026 | Objection |
| 19 | Filed & Entered: 05/19/2026 | Notice of Appearance |
| 18 | Filed: 05/08/2026 Entered: 05/11/2026 | Certificate of Service |
| 14 | Filed: 04/29/2026 Entered: 04/30/2026 | CHAP - Hearing Continued (Bk) |
| 15 | Filed: 04/29/2026 Entered: 04/30/2026 | CHAP - Hearing Continued (Bk) |
| 16 | Filed: 04/29/2026 Entered: 04/30/2026 | CHAP - Hearing Continued (Bk) |
| 17 | Filed: 04/29/2026 Entered: 04/30/2026 | CHAP - Hearing Continued (Bk) |
| 13 | Filed: 04/24/2026 Entered: 04/25/2026 | BNC Certificate of Mailing - PDF Document |
| 10 | Filed & Entered: 04/22/2026 | Motion to Expedite Hearing |
| 11 | Filed & Entered: 04/22/2026 | Scheduling Hearing |
| 12 | Filed & Entered: 04/22/2026 | Document |
| 8 | Filed: 04/17/2026 Entered: 04/19/2026 | BNC Certificate of Mailing - PDF Document |
| 9 | Filed: 04/17/2026 Entered: 04/19/2026 | BNC Certificate of Mailing - PDF Document |
| 6 | Filed & Entered: 04/15/2026 | Scheduling Hearing |
| 7 | Filed & Entered: 04/15/2026 | Attach PDF Document |
| 1 | Filed: 04/06/2026 Entered: 04/14/2026 | Miscellaneous Proceeding |
| 2 | Filed: 04/06/2026 Entered: 04/14/2026 | Document |
| 3 | Filed: 04/06/2026 Entered: 04/14/2026 Terminated: 05/28/2026 | Generic Motion |
| 4 | Filed: 04/06/2026 Entered: 04/14/2026 Terminated: 05/28/2026 | Generic Motion |
| 5 | Filed: 04/06/2026 Entered: 04/14/2026 Terminated: 05/28/2026 | Generic Motion |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/28/2026 13:14:37 | | |
| **PACER Login:** | Samson2010 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 26-03002-amc Type: History |

| Billable Pages: | 2 | Cost: | 0.20 |
|---|---|---|---|