United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                            Case No. 26-03002-amc

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 05, 2026 | Form ID: 245 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

**Recip ID                  Recipient Name and Address**
NONE               +   Jack Aberman, 428 N. Peninsula Drive, Daytona Beach, FL 32118-4038

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

**Name                        Email Address**

ALEXANDRA D. ROGIN
                             on behalf of Defendant Select Portfolio Servicing  Inc. arogin@eckertseamans.com, lgervasi@eckertseamans.com

EVAN THOMAS MILLER
                             on behalf of Interested Party NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER evan.miller@saul.com
                             robyn.warren@saul.com

GREGORY T. STURGES
                             on behalf of Interested Party PHH MORTGAGE CORPORATION sturgesg@gtlaw.com

GREGORY T. STURGES
                             on behalf of Interested Party Ocwen Loan Servicing LLC sturgesg@gtlaw.com

JORDAN MATTHEW KATZ
                             on behalf of Respondent Robertson  Anschutz, Schneid, Crane & Partners, PLLC jkatz@raslg.com

STEPHEN G. BRESSET
                             on behalf of Jack Aberman sbresset@bressetsantora.com
                             nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.c

District/off: 0313-2                          User: admin                          Page 2 of 2

Date Rcvd: Aug 05, 2026                       Form ID: 245                         Total Noticed: 1

om

TURNER N. FALK

on behalf of Interested Party NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER turner.falk@saul.com
tnfalk@recap.email;veronica.marchiondo@saul.com


TOTAL: 7

***Form 245*** (3/23)–doc 52 – 46, 48

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. |
| Debtor(s) | ) | Chapter |
| | ) | |
| , et al. | ) | |
| Plaintiff | ) | |
| | ) | Adversary No. 26–03002–amc |
| v. | ) | |
| | ) | |
| Select Portfolio Servicing, Inc. | ) | |
| Defendant | ) | |

## Notice to Take Action

Re:  Doc.# [46] Motion to Reconsider, [48] Generic Motion

The above pleading was filed in this office. Please be advised that the document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

- ☐ Affidavit
- ☐ Certificate of Service
- ☐ Certification of no response
- ☐ Notice pursuant to Rule 9019
- ☐ Notice pursuant to Rule 2002
- ☐ Notice pursuant to Rule 3007.1
- ☐ Proof of Claim number not noted on objection pursuant to Rule 3007.1(a)
- ☐ Proposed Order
- ☐ Stipulation
- ☐ Certification of Default
- ☑ Other Notice of Motion

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office on or before August 19, 2026. Otherwise, the matter will be referred to the Court.

Date: August 5, 2026

For The Court

Mohung Wong
Clerk of Court