United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 26-03002-amc

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 05, 2026 | Form ID: 256 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| ust | + | Office of The United States Trustee (Harrisburg), Sylvia H. Rambo United States Courthouse, 1501 N. 6th St., Box 302, Harrisburg, PA 17102-1104 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 06 2026 02:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 06 2026 02:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 06 2026 02:04:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

**Name                              Email Address**

District/off: 0313-2                         User: admin                                Page 2 of 2

Date Rcvd: Aug 05, 2026                      Form ID: 256                             Total Noticed: 5

ALEXANDRA D. ROGIN
                    on behalf of Defendant Select Portfolio Servicing  Inc. arogin@eckertseamans.com, lgervasi@eckertseamans.com

EVAN THOMAS MILLER
                    on behalf of Interested Party NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER evan.miller@saul.com
                    robyn.warren@saul.com

GREGORY T. STURGES
                    on behalf of Interested Party PHH MORTGAGE CORPORATION sturgesg@gtlaw.com

GREGORY T. STURGES
                    on behalf of Interested Party Ocwen Loan Servicing LLC sturgesg@gtlaw.com

JORDAN MATTHEW KATZ
                    on behalf of Respondent Robertson  Anschutz, Schneid, Crane & Partners, PLLC jkatz@raslg.com

STEPHEN G. BRESSET
                    on behalf of Jack Aberman sbresset@bressetsantora.com
                    nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com

TURNER N. FALK
                    on behalf of Interested Party NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER turner.falk@saul.com
                    tnfalk@recap.email;veronica.marchiondo@saul.com


TOTAL: 7

*Form 256* (3/23)–doc 53 – 52

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. |
| Debtor(s) | ) | Chapter |
| | ) | |
| , et al. | ) | |
| Plaintiff | ) | |
| | ) | Adversary No. 26–03002–amc |
| v. | ) | |
| | ) | |
| Select Portfolio Servicing, Inc. | ) | |
| Defendant | ) | |

## <u>Certificate of Mailing</u>

The Clerk hereby certifies that a true and correct copy of the attached document Doc.# [52] Notice to Take Action as served on August 5, 2026 to the below parties by the method indicated:

<u>Party</u>                                          <u>Method of Service</u>

Debtor:                                            Regular mail through the BNC

Jack Aberman                                    Regular mail or Bankruptcy Servicing Center (BNC)

Date: August 5, 2026                          For The Court

                                                     Mohung Wong
                                                     Clerk of Court