**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of the Registration of Discharge Orders | : | Misc. Pro. No. 26-3002 (AMC) |
| | : | Chief Judge Ashely M. Chan |
| | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

Jack Aberman, the Debtor, pro se, has filed the Motion to Vacate, or in the Alternative to Alter or Amend, the Filing-Injunction Order [Doc. 44] Pursuant to Fed. R. Bankr. P. 9023 and 9024 (the "Motion") with the United States Bankruptcy Court for the Eastern District of Pennsylvania.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before September 2, 2026, you or your attorney must file with the Clerk an answer explaining your position at: Office of the Clerk, United States Bankruptcy Court, Robert N.C. Nix Federal Building, 900 Market Street, Suite 400, Philadelphia, PA 19107, and serve a copy on the Debtor at the address below.

2. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, Chief Judge, on Wednesday, September 9, 2026 at 12:30 p.m. in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. The Debtor, appearing pro se and without CM/ECF access, has no electronic means of reserving a hearing date; the above date and time were selected from Chief Judge Chan's published calendar of available hearing dates pursuant to L.B.R. 5070-1(a). Should the Court direct a different date or time, the Debtor respectfully requests that notice issue to all parties, and the Debtor will appear as directed, in person or by Zoom audio.

3. If you or your attorney do not take the steps described above, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: August 19, 2026

/s/ Jack Aberman

Jack Aberman, Debtor, Pro Se
428 N. Peninsula Drive, Daytona Beach, FL 32118
(407) 604-1457 | flrealestatemgt@gmail.com