**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of the Registration of Discharge Orders | : | Misc. Pro. No. 26-3002 (AMC) |
| | : | Chief Judge Ashely M. Chan |
| | : | |

**ORDER**

AND NOW, upon consideration of the Debtor's Motion to Vacate, or in the Alternative to Alter or Amend, the Filing-Injunction Order [Doc. 44] Pursuant to Fed. R. Bankr. P. 9023 and 9024, and any responses thereto, and after notice and hearing, it is hereby ORDERED that:

1. The Motion is GRANTED.
2. The Order entered July 16, 2026 [Doc. 44] is VACATED.
3. The Debtor is permitted to proceed pro se in this proceeding, and the Clerk shall direct all future notices to the Debtor at the address of record.

______________________________
ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE