**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of the Registration of Discharge Orders | : | Misc. Pro. No. 26-3002 (AMC) |
| | : | Chief Judge Ashely M. Chan |
| | : | |

# <u>ORDER</u>

AND NOW, upon consideration of the Debtor's Motion to Discharge Counsel of Record and for Leave to Proceed Pro Se, and any responses thereto, it is hereby ORDERED that:

1. The Motion is GRANTED.
2. The appearance of Bresset & Santora, LLC [Doc. 28] is WITHDRAWN, and Bresset & Santora, LLC is discharged as counsel of record for the Debtor.
3. The Debtor may proceed pro se, and the Clerk shall direct all future notices to the Debtor at: 428 N. Peninsula Drive, Daytona Beach, FL 32118.

______________________________
ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE