**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of the Registration of Discharge Orders | : | Misc. Pro. No. 26-3002 (AMC) |
| | : | Chief Judge Ashely M. Chan |
| | : | |

## ORDER

AND NOW, upon consideration of Debtor's Motion to Extend the Time to File a Notice of Appeal Pursuant to Fed. R. Bankr. P. 8002(d)(1)(B), and any responses thereto, and the Court finding excusable neglect, it is hereby ORDERED that:

1. The Motion is GRANTED.
2. Pursuant to Fed. R. Bankr. P. 8002(d)(3), the time within which Debtor may file a notice of appeal from the Order entered July 16, 2026 [Doc. 44] is EXTENDED to and including the date fourteen (14) days after entry of this Order.

______________________________
ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE