Jack Aberman
428 N. Peninsula Drive
Daytona Beach, FL 32118
(407) 604-1457 | flrealestatemgt@gmail.com

FILED
AUG 24 2026
CLERK OF COURT
BY ____________ DEP. CLERK
AC

August 19, 2026

**VIA OVERNIGHT DELIVERY**

Office of the Clerk
United States Bankruptcy Court, E.D. Pa.
Robert N.C. Nix Federal Building
900 Market Street, Suite 400
Philadelphia, PA 19107

**Re: Misc. Pro. No. 26-3002 (AMC) — Response to Notice to Take Action [Doc. 52] and Motion for Filing**

Dear Clerk of Court:

In response to the Notice to Take Action dated August 5, 2026 [Doc. 52], which identified a missing Notice of Motion for the motions at Doc. 46 and Doc. 48, I enclose for filing: (1) Notice of Motion, Response Deadline, and Hearing Date for the Motion at Doc. 46; and (2) Notice of Motion, Response Deadline, and Hearing Date for the Motion at Doc. 48, each with a Proposed Order. The hearing date of Wednesday, September 9, 2026 at 12:30 p.m. was selected from Chief Judge Chan's published calendar of available hearing dates in accordance with L.B.R. 5070-1(a). As a pro se filer without CM/ECF access, I have no electronic means of reserving a hearing date; September 9, 2026 is shown as available on the Court's website, and if the Court prefers a different date or time, I respectfully ask that the Clerk's office or chambers issue notice of the reset date, and I will appear as directed, in person or by Zoom audio.

I also enclose for filing: (3) Debtor's Motion to Extend the Time to File a Notice of Appeal Pursuant to Fed. R. Bankr. P. 8002(d)(1)(B), with its Notice of Motion and Proposed Order, timely submitted within the twenty-one-day period of Rule 8002(d)(1)(B); and (4) a consolidated Certificate of Service reflecting service of all enclosed documents on all counsel of record and the United States Trustee by first-class mail and email on August 19, 2026.

One point respectfully requires the record's attention. Although the Notice to Take Action is dated August 5, 2026, the enclosed copy of its mailing envelope shows a postage meter date of August 11, 2026 and a postmark of August 12, 2026. The Notice reached me in Florida by first-class mail on August 19, 2026 — the response deadline stated on its face. I prepared and dispatched this complete response by overnight delivery the same day I received the Notice. I respectfully ask that the enclosed documents be accepted for filing, matched to Docs. 46 and 48, and deemed timely in light of the mailing history shown on the enclosed envelope. Please contact me at the number or email above if anything further is required.

Respectfully,

/s/ Jack Aberman
Jack Aberman, Debtor, Pro Se

Enclosures (8, including copy of Doc. 52 mailing envelope)

Jack Aberman

# COPY OF NOTICE TO TAKE ACTION [DOC. 52]

# AND ITS MAILING ENVELOPE

(Referenced in the accompanying Cover Letter — Misc. Pro. No. 26-3002 (AMC))

*Notice dated August 5, 2026; postage meter dated August 11, 2026; postmarked August 12, 2026; received in Florida August 19, 2026.*

*Form 245* (3/23)–doc 52 – 46, 48

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Debtor(s) | ) | Case No.<br>Chapter |
| , et al.<br>Plaintiff | ) | Adversary No. 26–03002–amc |
| v. | ) | |
| Select Portfolio Servicing, Inc.<br>Defendant | ) | |

## Notice to Take Action

Re: Doc.# [46] Motion to Reconsider, [48] Generic Motion

The above pleading was filed in this office. Please be advised that the document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

- ☐ Affidavit
- ☐ Certificate of Service
- ☐ Certification of no response
- ☐ Notice pursuant to Rule 9019
- ☐ Notice pursuant to Rule 2002
- ☐ Notice pursuant to Rule 3007.1
- ☐ Proof of Claim number not noted on objection pursuant to Rule 3007.1(a)
- ☐ Proposed Order
- ☐ Stipulation
- ☐ Certification of Default
- ☑ Other Notice of Motion

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office on or before August 19, 2026. Otherwise, the matter will be referred to the Court.

Date: August 5, 2026

For The Court

Mohung Wong
Clerk of Court

OFFICE OF THE CLERK
UNITED STATES BANKRUPTCY COURT
900 MARKET STREET, SUITE 400
PHILADELPHIA, PA 19107-4299

OFFICIAL BUSINESS

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 19107 $ 000.78⁰
02 7H
0006154655 AUG 11 2026

32118-403828