**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of the Registration of Discharge Orders | : | Misc. Pro. No. 26-3002 (AMC) |
| | : | Chief Judge Ashely M. Chan |
| | : | |

## CERTIFICATE OF SERVICE

I, Jack Aberman, certify that on August 19, 2026, in response to the Clerk's Notice to Take Action dated August 5, 2026 [Doc. 52], I submitted to the Clerk and served true and correct copies of the following documents: (1) Notice of Motion, Response Deadline, and Hearing Date regarding Debtor's Motion at Doc. 46; (2) Notice of Motion, Response Deadline, and Hearing Date regarding Debtor's Motion at Doc. 48; (3) Proposed Orders for each; and (4) Debtor's Motion to Extend the Time to File a Notice of Appeal Pursuant to Fed. R. Bankr. P. 8002(d)(1)(B), with its Notice of Motion and Proposed Order.

Service was made by first-class U.S. mail, postage prepaid, and by electronic mail, upon:

Alexandra D. Rogin, Esq., Eckert Seamans Cherin & Mellott, LLC, 50 S. 16th Street, 22nd Floor, Philadelphia, PA 19102 (arogin@eckertseamans.com) — Counsel for Select Portfolio Servicing, Inc.

Turner N. Falk, Esq. and Evan T. Miller, Esq., Saul Ewing LLP, 1735 Market Street, Suite 3400, Philadelphia, PA 19103-7504 (turner.falk@saul.com; evan.miller@saul.com) — Counsel for Nationstar Mortgage LLC d/b/a Mr. Cooper

Gregory T. Sturges, Esq., Greenberg Traurig, LLP, 1717 Arch Street, Suite 400, Philadelphia, PA 19103 (sturgesg@gtlaw.com) — Counsel for Ocwen Loan Servicing LLC and PHH Mortgage Corporation

Jordan M. Katz, Esq., Robertson, Anschutz, Schneid, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487 (jkatz@raslg.com) — Respondent

Office of the United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107 (ustpregion03.ph.ecf@usdoj.gov)

Stephen G. Bresset, Esq., Bresset & Santora, LLC, 1188 Wyoming Avenue, Forty Fort, PA 18704 (sbresset@bressetsantora.com) — Counsel of record for Debtor

/s/ Jack Aberman
Jack Aberman, Debtor, Pro Se
428 N. Peninsula Drive, Daytona Beach, FL 32118
(407) 604-1457 | flrealestatemgt@gmail.com