**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JACK ABERMAN,<br>Debtor,<br><br>v.<br><br>PHH MORTGAGE CORPORATION d/b/a NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, et al.<br>Defendants. | Case No. 2:26-MP-03002 AMC Hearing<br><br>Date: September 9, 2026 at 12:30 PM |

**DEFENDANT SELECT PORTFOLIO SERVICING INC.'S JOINDER TO NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S RESPONSE IN OPPOSITION TO DEBTOR'S MOTION UNDER FED. R. BANKR. P. 9023 AND 9024 FOR RECONSIDERATION AND VACATUR OF THE JULY 16, 2026 ORDER AND FOR RELIEF FROM THE MAY 28, 2026 ORDER**

Defendant, Select Portfolio Servicing, Inc. ("SPS"), by and through its counsel, hereby joins in Nationstar Mortgage LLC d/b/a Mr. Cooper's Response in Opposition to Debtor's Motion Under Fed. R. Bankr. P. 9023 and 9024 for Reconsideration and Vacatur of the July 16, 2026 Order and for Relief from the May 28, 2026 Order (the "Opposition").

1. SPS fully incorporates by reference the arguments set forth in the Opposition to Debtor's Motion.

2. SPS also incorporates by reference its own responses to Aberman's prior pleadings and motions and reiterates the frivolous and vexatious nature of Aberman's claims.[1] (D.I. 21; D.I. 40).

---

[1] In Aberman's own submission to the Court, he includes correspondence from his counsel acknowledging that "there is a real issue of the jurisdiction of the court to issue a contempt order of another bk court," and counsel were "not sure what we would have done [at the prior hearing]; as we have said in our previous emails, our research indicates that the authority to enforce the plan/discharge rests with the BK court who issued it." (D.I. 50 at 2, 5).

WHEREFORE, for the reasons set forth in the Opposition and its prior submissions, Defendant, Select Portfolio Servicing, Inc., respectfully requests that Aberman's requests to the Court be denied, with costs assessed Aberman for any future filings.

Respectfully submitted,

**Eckert Seamans Cherin & Mellott, LLC**

*/s/ Alexandra D. Rogin*
Alexandra D. Rogin, Esq. (No. 322018)
50 S. 16th St., 22nd Fl.
Philadelphia, PA 19102
Telephone: (215) 851-8400
Facsimile: (215) 851-8383
arogin@eckertseamans.com
*Counsel for Select Portfolio Servicing, Inc.*

Dated: September 1, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system on this day will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those parties which are non-registered participants.

*/s/ Alexandra D. Rogin*

Dated: September 1, 2026

Alexandra D. Rogin, Esq.