**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JACK ABERMAN,<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION d/b/a NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, et al.,<br><br>Defendants. | : | No. 26-3002-AMC |

# NOTICE OF APPEARANCE

Please enter the appearance of Lucy G. Sumner on behalf of Defendants NewRez, LLC d/b/a Shellpoint Mortgage Servicing and Onity Mortgage Corporation f/k/a PHH Mortgage Corporation, in the above-captioned matter.

**GREENBERG TRAURIG LLP**

Dated: September 9, 2026

*/s/ Lucy G. Sumner*
Lucy G. Sumner (Pa. I.D. No. 337829)
1717 Arch Street, Suite 400
Philadelphia, PA 19103
T 215.988.7820
F 215.717.5238
lucy.sumner@gtlaw.com

***Attorneys for Defendants NewRez, LLC d/b/a Shellpoint Mortgage Servicing and Onity Mortgage Corporation f/k/a PHH Mortgage Corporation***

**CERTIFICATE OF SERVICE**

I, Lucy G. Sumner, do hereby certify that on this 9th day of September 2026, a true and correct copy of **NOTICE OF APPEARANCE** was presented for electronic filing and served upon all counsel of record *via* the Court's ECF system.

*/s/ Lucy G. Sumner*
Lucy G. Sumner