**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In the Matter of the Registration
of Discharge Orders

Misc. Pro. No. 26-3002 (AMC)

Chief Judge Ashely M. Chan

---

**ORDER**

AND NOW, upon consideration of Debtor's Motion to Extend the Time to File a Notice of Appeal Pursuant to Fed. R. Bankr. P. 8002(d)(l)(B), and any responses thereto, and the Court finding excusable neglect, it is hereby ORDERED that:

1. The Motion is **DENIED** for the reasons stated on the record in open Court.

Date: Sept. 11, 2026

ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE