United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-03002-amc

In the Matter of the Registration of Dis

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2

Date Rcvd: Sep 11, 2026 Form ID: pdf900 Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| NONE | + | Jack Aberman, 428 N. Peninsula Drive, Daytona Beach, FL 32118-4038 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Sep 12 2026 01:27:00 | Office of The United States Trustee (Harrisburg), Sylvia H. Rambo United States Courthouse, 1501 N. 6th St., Box 302, Harrisburg, PA 17102-1104 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 12 2026 01:28:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDRA D. ROGIN | on behalf of Respondent Select Portfolio Servicing Inc. arogin@eckertseamans.com, lgervasi@eckertseamans.com |

| | |
|---|---|
| EVAN THOMAS MILLER | on behalf of Interested Party NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER evan.miller@saul.com robyn.warren@saul.com;sean.kenny@saul.com |
| GREGORY T. STURGES | on behalf of Interested Party Ocwen Loan Servicing LLC sturgesg@gtlaw.com |
| GREGORY T. STURGES | on behalf of Interested Party PHH MORTGAGE CORPORATION sturgesg@gtlaw.com |
| JORDAN MATTHEW KATZ | on behalf of Respondent Robertson Anschutz, Schneid, Crane & Partners, PLLC jkatz@raslg.com |
| LUCY GEORGIA SUMNER | on behalf of Interested Party Ocwen Loan Servicing LLC lucy.sumner@gtlaw.com |
| LUCY GEORGIA SUMNER | on behalf of Interested Party PHH MORTGAGE CORPORATION lucy.sumner@gtlaw.com |
| STEPHEN G. BRESSET | on behalf of Jack Aberman sbresset@bressetsantora.com nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com |
| TURNER N. FALK | on behalf of Interested Party NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER turner.falk@saul.com tnfalk@recap.email;veronica.marchiondo@saul.com |

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In the Matter of the Registration of Discharge Orders

Misc. Pro. No. 26-3002 (AMC)

Chief Judge Ashely M. Chan

---

**ORDER**

AND NOW, upon consideration of Debtor's Motion to Extend the Time to File a Notice of Appeal Pursuant to Fed. R. Bankr. P. 8002(d)(l)(B), and any responses thereto, and the Court finding excusable neglect, it is hereby ORDERED that:

1. The Motion is **DENIED** for the reasons stated on the record in open Court.

Date: Sept. 11, 2026

ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE