**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In the Matter of the Registration of Discharge Orders<br><br>(In re: Jack Aberman, Case No. 3:13-bk-00167-JAF (M.D. Fla.), registered pursuant to Fed. R. Bankr. P. 4004(f)) | Miscellaneous Pro. No. 26-3002 (AMC)<br><br>Chief Judge Ashely M. Chan |

**ORDER**

AND NOW, upon consideration of Debtor's Motion to Correct the Record and for Reconsideration of the Order Denying Docket No. 46 (the "Motion"), and any responses thereto, and the Court having taken judicial notice of the dockets of Aberman v. NewRez LLC, No. 2:26-cv-00918-JDW (E.D. Pa.), and Aberman v. Wilmington Trust, N.A., No. 1:26-cv-00269-JLH-CJB (D. Del.), it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The record is corrected to reflect that (a) Debtor has not failed to appear at any proceeding in No. 2:26-cv-00918-JDW (E.D. Pa.) or No. 1:26-cv-00269 (D. Del.); (b) Docket No. 18 certifies service of the May 27, 2026 hearing date and of Docket Nos. 1, 2, and 11; and (c) the Clerk's Notice to Take Action (Doc. No. 52) was received by Debtor on August 19, 2026 and cured the same day.

3. The Order entered September 11, 2026 denying Docket No. 46 [Doc. No. 70] is VACATED.

4. The Order entered September 11, 2026 [Doc. No. 71] is CORRECTED under Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60(a) to state the Court's finding on excusable neglect and the ground of denial, and to reflect that Debtor's Motion at Docket No. 60 was shipped by Priority Mail Express on August 19, 2026 and delivered to the Clerk on August 21, 2026.

5. The injunction contained in the Order entered July 16, 2026 [Doc. No. 44] is VACATED.

6. Debtor's Application at Docket No. 48 is GRANTED. Debtor is authorized to register as a CM/ECF Filing User for this proceeding under Local Rule 5005-3(c). Pending registration, the Clerk shall transmit notice of docket entries to Debtor at flrealestatemgt@gmail.com.

Dated: ______________________

______________________________________
ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE