FILED
SEP 21 2026
CLERK OF COURT
BY DEP. CLERK

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In the Matter of the Registration of Discharge Orders<br><br>(In re: Jack Aberman, Case No. 3:13-bk-00167-JAF (M.D. Fla.), registered pursuant to Fed. R. Bankr. P. 4004(f)) | Miscellaneous Pro. No. 26-3002 (AMC)<br><br>Chief Judge Ashely M. Chan |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

Jack Aberman, Debtor, has filed a Motion to Correct the Record and for Reconsideration of the Order Denying Docket No. 46, and Request for Disposition Without Hearing (the "Motion").

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before October 14, 2026, you or your attorney must file a written response with the Clerk of the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107, explaining your position, and serve a copy on the movant at the address below.

2. If you mail your response to the Clerk for filing, you must mail it early enough so that it will be received on or before the date stated above.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on October 21, 2026, at 12:30 p.m. in Courtroom No. 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. The movant has requested that the Court decide the Motion on the papers and vacate the hearing; if the Court does so, notice of that disposition will be given by the Court.

4. If you or your attorney do not take the steps described in paragraph 1 above and attend the hearing, the Court may enter an order granting the relief requested in the Motion.

5. You may contact the Clerk's office to find out whether the hearing has been cancelled because no one filed a response.

Dated: September 15, 2026

Respectfully submitted,

/s/ Jack Aberman
Jack Aberman, Debtor, Pro Se
428 N. Peninsula Drive
Daytona Beach, FL 32118
(407) 604-1457
flrealestatemgt@gmail.com