FILED
SEP 29 2026
CLERK OF COURT
BY ______ DEP. CLERK

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In the Matter of the Registration of Discharge Orders<br><br>(In re: Jack Aberman, Case No. 3:13-bk-00167-JAF (M.D. Fla.), registered pursuant to Fed. R. Bankr. P. 4004(f)) | Miscellaneous Pro. No. 26-3002 (AMC)<br><br>Chief Judge Ashely M. Chan |

**AMENDED NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

This Amended Notice replaces the Notice of Motion previously filed with respect to Debtor's Motion to Correct the Record and for Reconsideration of the Order Denying Docket No. 46, and Request for Disposition Without Hearing (the "Motion") [Doc. No. 74; prior notice at Doc. No. 75]. The prior notice stated a hearing date of October 21, 2026, which is not a date on which the Court schedules matters. In accordance with the Court's published Hearing Dates for matters filed September 21 through September 27, 2026, the hearing date is corrected as stated below. No other change is made.

Jack Aberman, Debtor, has filed the Motion. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before October 21, 2026, you or your attorney must file a written response with the Clerk of the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107, explaining your position, and serve a copy on the movant at the address below.

2. If you mail your response to the Clerk for filing, you must mail it early enough so that it will be received on or before the date stated above.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on Wednesday, October 28, 2026, at 12:30 p.m. in Courtroom No. 4, United States Bankruptcy

Court, 900 Market Street, Philadelphia, PA 19107. Telephonic appearance is by Zoom audio: 1-646-828-7666, Meeting ID 160 6807 8081. The movant has requested that the Court decide the Motion on the papers and vacate the hearing; if the Court does so, notice of that disposition will be given by the Court.

4. If you or your attorney do not take the steps described in paragraph 1 above and attend the hearing, the Court may enter an order granting the relief requested in the Motion.

5. You may contact the Clerk's office to find out whether the hearing has been cancelled because no one filed a response.

Dated: September 25, 2026

Respectfully submitted,

/s/ Jack Aberman
Jack Aberman, Debtor, Pro Se
428 N. Peninsula Drive
Daytona Beach, FL 32118
(407) 604-1457
flrealestatemgt@gmail.com

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In the Matter of the Registration of Discharge Orders<br><br>(In re: Jack Aberman, Case No. 3:13-bk-00167-JAF (M.D. Fla.), registered pursuant to Fed. R. Bankr. P. 4004(f)) | Miscellaneous Pro. No. 26-3002 (AMC)<br><br>Chief Judge Ashely M. Chan |

**CERTIFICATE OF SERVICE**

I, Jack Aberman, certify that on September 25, 2026, I caused true and correct copies of the foregoing Amended Notice of Motion, Response Deadline, and Hearing Date with respect to Docket No. 74 to be served by first-class United States mail, postage prepaid, and by electronic mail, upon the following:

Turner N. Falk, Esq., Saul Ewing LLP, 1735 Market Street, 34th Floor, Philadelphia, PA 19103 (turner.falk@saul.com) — counsel for Nationstar Mortgage LLC d/b/a Mr. Cooper
Evan T. Miller, Esq., Saul Ewing LLP, 1201 N. Market Street, Suite 2300, P.O. Box 1266, Wilmington, DE 19899 (evan.miller@saul.com) — counsel for Nationstar Mortgage LLC d/b/a Mr. Cooper
Alexandra D. Rogin, Esq., Eckert Seamans Cherin & Mellott, LLC, 50 S. 16th Street, 22nd Floor, Philadelphia, PA 19102 (arogin@eckertseamans.com) — counsel for Select Portfolio Servicing, Inc.
Gregory T. Sturges, Esq. and Lucy G. Sumner, Esq., Greenberg Traurig, LLP, 1717 Arch Street, Suite 400, Philadelphia, PA 19103 (sturgesg@gtlaw.com; lucy.sumner@gtlaw.com) — counsel for PHH Mortgage Corporation and Ocwen Loan Servicing LLC
Jordan M. Katz, Esq., Robertson, Anschutz, Schneid, Crane & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004 (jkatz@raslg.com)
Stephen G. Bresset, Esq., Bresset & Santora, LLC, 812 Court Street, Honesdale, PA 18431 (sbresset@bressetsantora.com), and Ronald V. Santora, Esq., Bresset & Santora, LLC, 1188 Wyoming Avenue, Forty Fort, PA 18704 (rsantora@bressetsantora.com)
Office of the United States Trustee, Region 3, 900 Market Street, Suite 320, Philadelphia, PA 19107

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 25, 2026

Respectfully submitted,

/s/ Jack Aberman
Jack Aberman, Debtor, Pro Se
428 N. Peninsula Drive
Daytona Beach, FL 32118

(407) 604-1457
flrealestatemgt@gmail.com