**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN THE MATTER OF THE REGISTRATION OF DISCHARGE ORDERS** | : | **Miscellaneous Pro. No. 26-03002-AMC** |

**AMENDED ORDER**[1]

AND NOW, on this 1st day of October 2026, upon consideration of the Debtor's Motion to Extend the Time to File a Notice of Appeal Pursuant to Fed. R. Bankr. P. 8002(d)(1)(B), and any responses thereto, and after notice and a hearing, it is hereby ORDERED that:

1. The Motion is DENIED for the reasons stated in open court.

Honorable Ashely M. Chan
United States Bankruptcy Judge

[1] This Court amends its order entered on September 11, 2026 at docket no. 71 to remove the previous reference to "excusable neglect" pursuant to Fed. R. Civ. P. 60(a), which permits courts to correct a clerical mistake or mistake arising from oversight whenever one is found in a judgment, order, or other part of the record. The Court denied the debtor, Jack Aberman's, Motion to Extend the Time to File a Notice of Appeal Pursuant to Fed. R. Bankr. P. 8002(d)(1)(B) based solely upon the untimeliness of the Motion and did not find that Mr. Aberman's neglect was excusable.