**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN THE MATTER OF THE REGISTRATION OF DISCHARGE ORDERS** | **Miscellaneous Pro. No. 26-03002-AMC** |

**AMENDED ORDER**[1]

AND NOW, on this 1st day of October 2026, upon consideration of the Debtor's Motion to Vacate, or in the Alternative to Alter or Amend, the Filing-Injunction Order [Doc. 44] Pursuant to Fed. R. Bankr. P. 9023 and 9024, and any responses hereto, and after notice and a hearing, it is hereby ORDERED that:

1. The Motion is GRANTED IN PART solely to permit vacatur of the July 16, 2026 order barring Mr. Aberman from future filings in this Court and DENIED in all other respects, for the reasons stated in open court.

Honorable Ashely M. Chan
United States Bankruptcy Judge

[1] This Court amends its order entered on September 11, 2026 at docket no. 70 pursuant to Fed. R. Civ. P. 59(e) to prevent manifest injustice, recognizing that debtor, Jack Aberman, did not have an opportunity to address or oppose the Court's finding of bad faith in connection with failing to appear at two hearings before entering that order barring him from certain future filings on that basis.