United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-03002-amc
In the Matter of the Registration of Dis

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Oct 02, 2026 Form ID: pdf900 Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| NONE | + | Jack Aberman, 428 N. Peninsula Drive, Daytona Beach, FL 32118-4038 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Oct 03 2026 02:01:00 | Office of The United States Trustee (Harrisburg), Sylvia H. Rambo United States Courthouse, 1501 N. 6th St., Box 302, Harrisburg, PA 17102-1104 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 03 2026 02:01:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| InRe | | In the Matter of the Registration of Discharge Ord |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| ALEXANDRA D. ROGIN | on behalf of Respondent Select Portfolio Servicing Inc. arogin@eckertseamans.com, lgervasi@eckertseamans.com |
| EVAN THOMAS MILLER | on behalf of Interested Party NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER evan.miller@saul.com robyn.warren@saul.com;sean.kenny@saul.com |
| GREGORY T. STURGES | on behalf of Interested Party Ocwen Loan Servicing LLC sturgesg@gtlaw.com |
| GREGORY T. STURGES | on behalf of Interested Party PHH MORTGAGE CORPORATION sturgesg@gtlaw.com |
| JORDAN MATTHEW KATZ | on behalf of Respondent Robertson Anschutz, Schneid, Crane & Partners, PLLC jkatz@raslg.com |
| LUCY GEORGIA SUMNER | on behalf of Interested Party PHH MORTGAGE CORPORATION lucy.sumner@gtlaw.com |
| LUCY GEORGIA SUMNER | on behalf of Interested Party Ocwen Loan Servicing LLC lucy.sumner@gtlaw.com |
| STEPHEN G. BRESSET | on behalf of Jack Aberman sbresset@bressetsantora.com nicole@bressetsantora.com,ronsantoraesq@aol.com;laura@bressetsantora.com,sami@bressetsantora.com,stacy@bressetsantora.com |
| TURNER N. FALK | on behalf of Interested Party NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER turner.falk@saul.com tnfalk@recap.email;veronica.marchiondo@saul.com |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN THE MATTER OF THE REGISTRATION OF DISCHARGE ORDERS** | : | **Miscellaneous Pro. No. 26-03002-AMC** |

**ORDER**

AND NOW, this 1st day of October 2026, upon consideration of the "Motion to Correct the Record and for Reconsideration of the Order Denying Docket No. 46" ("Second Reconsideration Motion") filed by Jack Aberman ("Mr. Aberman"), it is hereby ORDERED the Second Reconsideration Motion is GRANTED IN PART as follows and DENIED in all other respects[1]:

1. The order entered September 11, 2026 at ECF Docket No. 70 ("First Reconsideration Order") shall be amended to grant Mr. Aberman's "Motion Under Fed. R. Bankr. P. 9023 and 9024 for Reconsideration and Vacatur of the July 16, 2026 Order and for Relief from the May 28, 2026 Order" [ECF Dkt. No. 46] ("First Reconsideration Motion") in part

---

[1] Mr. Aberman's Second Reconsideration Motion includes many requests to "correct" various aspects of the record. To address these briefly: (1) Mr. Aberman already stated his position on the record at the September 9, 2026 hearing that he disputes missing any hearings in other federal courts, and in any event, the Court's September 11, 2026 order entered at ECF Docket No. 70 was not based upon any failure to appear before other courts; (2) the record already reflects that Mr. Aberman's certificate of service of his Miscellaneous Pleadings [ECF Dkt. Nos. 2, 3, 4, 5] and the order continuing the status conference date to May 27, 2026 [ECF Dkt. No. 11] is docketed at ECF Docket No. 18; (3) because the September 11, 2026 order entered at ECF Docket No. 70 was not based on the timeliness of Mr. Aberman's compliance with the Clerk's Notice to Take Action [ECF Dkt. No. 52] for his "Motion Under Fed. R. Bankr. P. 9023 and 9024 for Reconsideration" [ECF Dkt. No. 46], there is no basis or need to take any action respecting the timeline with which he cured any defects; (4) Mr. Aberman had already docketed and the Court had already considered the email from his counsel dated July 22, 2026 explaining that counsel missed the date for the hearing scheduled for July 15, 2026 due to counsel's own error [ECF Dkt. No. 50 Ex. A]; (5) it would have made no difference to the Court had it known that Mr. Aberman had served a pre-hearing memorandum on the respondents without obtaining leave of court the day before the September 9, 2026 hearing; (6) Mr. Aberman still has not attached or filed an actual motion to discharge his counsel; and (7) this Court only grants e-filing and notice privileges to pro se parties under extraordinary circumstances, which Mr. Aberman has not demonstrated.

solely to permit vacatur of the July 16, 2026 order barring Mr. Aberman from future filings in this Court ("Bar Order") [ECF Dkt. No. 44].

2. The Bar Order is hereby VACATED.

3. The order entered September 11, 2026 at ECF Docket No. 71 shall be amended to remove the reference to "excusable neglect."

Honorable Ashely M. Chan
United States Bankruptcy Judge